**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBERT DONAHUE** | ] |
| **REBECCA DONAHUE** | ] |
| **C/O LIPSON O'SHEA LEGAL GROUP** | ] |
| **700 WEST SUPERIOR AVENUE** | ] |
| **CLEVELAND, OH 44113** | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| v. | ] |
| | ] |
| **TRAVELERS COMPANIES, INC.** | ] |
| **ONE TOWER SQUARE** | ] |
| **HARTFORD, CT 06183** | ] |
| | ] |
| And | ] |
| | ] |
| **THE STANDARD FIRE INSURANCE** | ] |
| **CO.** | ] |
| **ONE TOWER SQUARE** | ] |
| **HARTFORD, CT 06183** | ] |
| | ] |
| Defendants. | |

* * * * * *

**NOTICE OF REMOVAL BASED ON DIVERSITY OF CITIZENSHIP**

**NOW COMES** Defendants, Travelers Companies, Inc. and The Standard Fire Insurance Co. ("Defendants"), by and through its attorneys, Gregory, Meyer & Chapnick, P.C., and pursuant to 28 USC §1441, hereby files this Notice of Removal of a cause of action filed in the Court of Common Pleas Summit County of the State of Ohio entitled, *Robert Donahue and Rebecca Donahue v Travelers Companies, Inc and The Standard Fire Insurance Co.*, Case No. CV-2024-06-2335, and states:

1. On or about June 6, 2024, Plaintiffs Robert and Rebecca Donahue commenced the captioned action by filing a Complaint in the Court of Common Pleas of Summit County, Ohio. A

copy of all process, pleadings, orders and other papers served on Defendants in the state court action is attached as **Exhibit 1** hereto.

2. The action is a civil action for breach of contract.

3. The Summons and the Complaint were served on Defendants on or about June 12, 2024. This Notice of Removal is being filed within 30 days of service of process, and is therefore, timely filed under 28 U.S.C. § 1446(b). (**Exhibit 2**, Federal Express label).

4. Pursuant to 28 U.S.C.A §1332(a)(1), this Court has original jurisdiction over the matter by reason of the diversity of citizenship of the parties. Plaintiff and Defendants are citizens of different states, and the amount in controversy with respect to Plaintiff's claims exceeds $75,000.00 exclusive of interest and costs.

5. Venue in this Court is proper under 28 U.S.C. § 1441(a) as this Court is located in the same county as the Summit County Court of Common Pleas. Thus, this Court "embrac[es] the place where such action is pending." 28 U.S.C. § 1441(a).

**PARTIES**

6. Plaintiffs are residents of Ohio with an address at 1354 Parkman Road, Warren, Ohio. (**Exhibit 1**, Complaint).

7. Defendants are insurance companies. Defendant The Travelers Companies, Inc. is a Minnesota Corporation with its principal place of business in St Paul, Minnesota. Defendant The Standard Fire Company is a Connecticut corporation with its principal places of business in Hartford, Connecticut. Neither are citizens of Ohio.

**AMOUNT IN CONTROVERSY**

8. The amount in controversy exceeds $75,000.00, exclusive of interest and costs as Plaintiff Robert Donohue submitted damage documents to Defendant, seeking replacement cost

insurance policy proceeds in excess of $250,000. (**Exhibit 3**, Affidavits and Construction Contract).

9. Plaintiff has also alleged a bad faith claim in which it also seeks compensatory damages, punitive damages, and attorney's fees (**Exhibit 1**, Complaint). Alleged punitive and exemplary damages may be considered in determining the amount in controversy. *Halsey v. AGCO Corporation*, 755 Fed. App'x. 524, 529 (2018). These allegations demonstrate that the amount in controversy on Plaintiff's individual claims readily exceed $75,000.

## **REMOVAL PROCEDURE**

10. No previous application has been made for the relief requested herein.

11. Defendants have filed this Notice of Removal with this Court and has served a copy of the Notice of Removal upon counsel for Plaintiff and will promptly file a copy of this Notice of Removal in the Common Pleas Court of Summit County pursuant to 28 U.S.C. § 1446(d). A copy of all process, pleadings, and orders served upon Defendants as well as a Proof of Service of written notice of this Notice of Removal to all adverse parties and a copy of same being filed with the clerk of the State court is being filed with this notice as required by 28 USC §1446(a) and (d).

12. By filing this Notice, Defendants do not waive, and expressly reserves, all rights, defenses, and objections of any nature that Defendants may have against Plaintiff's claims.

**WHEREFORE**, Defendants respectfully requests that this action be removed from the Summit County Court of Common Pleas in the State of Ohio to the United States District Court for the Northern District of Ohio, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

Respectfully submitted,

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Defendants
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 - Fax
mchapnick@gregorylaw.com

Dated: July 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I served the foregoing document via USPS First-Class Mail and e-mail to:

Michael J. O'Shea
Lipson O'Shea Legal Group
The Hoyt Block Building, Ste. 110
700 West St. Clair Ave.
Cleveland, OH 44113
michael@lipsonoshea.com

Attorney for Plaintiff

/s/: Michele A. Chapnick
MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Defendants
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-3920 - Fax
mchapnick@gregorylaw.com