# EXHIBIT 1

DM06122024

# IN THE COURT OF COMMON PLEAS
# SUMMIT COUNTY, OHIO

| | |
|---|---|
| ROBERT DONAHUE<br>REBECCA DONAHUE<br>C/O Lipson O'Shea Legal Group<br>700 West Superior Avenue<br>Cleveland, Ohio 44113,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS COMPANIES, INC.<br>One Tower Square<br>Hartford, CT 06183,<br><br>and<br><br>THE STANDARD FIRE INSURANCE COMPANY<br>One Tower Square<br>Hartford, CT 06183,<br><br>Defendants. | CASE NO.<br><br>JUDGE<br><br>**<u>COMPLAINT</u>** |

Now comes plaintiffs Robert Donahue and Rebecca Donahue ("Plaintiffs"), and for Plaintiffs' claim against defendant The Travelers Companies, Inc. and The Standard Fire Insurance (collectively, the "Defendant Insurance Companies"), hereby alleges and asserts as follows:

DM 06122024

**FACTS COMMON TO ALL COUNTS**

1. Plaintiffs were and still are insured by Defendant Insurance Companies for a residential dwelling located at 1354 Parkman Road, Warren, Ohio 44852 (the "Premises") by policy no. 934529615 (the "Policy").[1]

2. The Policy was in effect and provided coverage for the Premises at the time of a fire which occurred on February 28, 2017 which destroyed the Premises and all of its contents.

3. Plaintiffs timely paid for all premiums for the Policy.

4. Plaintiffs properly and timely presented a claim for the demolition and replacement and repair for the Premises to Defendant Insurance Companies.

5. Since the date of the fire and up to the current day, Defendant Insurance Companies refuse to properly investigate, evaluate and pay the proper amounts under the Policy without any good faith or objective reason for doing so.

---

[1] To the best of Plaintiffs' knowledge, a copy of the Policy is attached hereto and made a part hereof as <u>Exhibit A</u>.

**COUNT I**
**BAD FAITH**

6. Plaintiffs incorporate all paragraphs of this pleading.
7. Plaintiffs timely made all premium payments to Defendant Insurance Companies.
8. No lapse or waiver of coverage issues arose during the policy period.
9. Plaintiffs provided all facts and documents related to the loss, and have fully cooperated with Defendant Insurance Companies on all requests by Defendant Insurance Companies.
10. Defendant Insurance Companies have an duty and affirmative obligation under Ohio law to engage in a good faith investigation, a good faith analysis of coverage, and a good faith and timely compensation for any loss.
11. Defendant Insurance Companies have breached said duty in the refusal to properly and timely investigate the facts related to the loss, to evaluate the amount of the loss covered by the Policy, and to provide coverage and compensation to Plaintiffs for the claim submitted under the Policy.
12. The investigation, evaluation and payments by Defendant

DM 06122024

Insurance Companies was done in bad faith.

13. The breach of said duty is the proximate cause of damages to the Plaintiffs, including but not limited to the cost of repair to and replacement of the Premises (and its contents), out-of-pocket payments for repair, attorney fees, costs and interest, and lost rental revenue.

WHEREFORE, Plaintiffs are entitled to judgment as follows:

1. As to Count I, a monetary judgment against Defendant Insurance Companies in excess of $25,0000.00;
2. As to Count I, punitive damages in excess of $25,000.00 against Defendant Insurance Companies;
3. As to Count I, and attorney fees as permitted by law; and
4. As to Count I, any and all other relief to which Plaintiffs are entitled in law and in equity.

DM06122024

Respectfully submitted;

LIPSON O'SHEA LEGAL GROUP

*/s/ Michael J. O'Shea*
Michael J. O'Shea, Esq. (0039330)
michael@lipsonoshea.com
The Hoyt Block Building - Suite 110
700 West Saint Clair Avenue
Cleveland, Ohio 44113
(216) 241-0011
(440) 331-5401 - fax
**Attorney for Plaintiffs**

DM 06122024

# EXHIBIT A

DM 06122024

Policy Change
Proposal

TRAVELERS

# HOMESAVER POLICY

**Named Insured**

KELLY KRISE
120 FIXLER RD
WADSWORTH OH 44281-8407

**Your Agency's Name and Address**

GEICO INS AGENCY INC
1 GEICO BLVD
FREDERICKSBURG VA 22412

**Your Policy Number:** 934529615 663 1
**Your Account Number:** 934529615

**For Policy Service Call:** 1-800-841-3005
**For Claim Service Call:** 1-800-CLAIM33

**Policy Period**
FROM: 01-10-17 To: 01-10-18 12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
1354 PARKMAN RD NW
WARREN, OH 444852471

Change Effective Date: 01-10-17

No Change in Premium

Reason for Change: Change to Addnl Insured Information

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - Dwelling | $ 236,000 | $ 1,441.00 |
| B - Other Structures | 23,600 | INCL |
| C - Household Furnishings | 5,000 | INCL |
| D - Loss of Use | 23,600 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - Premises Liability | $ 300,000 | $ 13.00 |
| F - Medical Payments | 1,000 | INCL |

**Policy Forms and Endorsements**

| | | | |
|---|---|---|---|
| HS 663 09 99 | Rental Dwelling Form | | |
| HS 00 03 07 02 | Special Coverage | | |
| HS 01 34 10 12 | Special Provisions - Ohio | | |
| HS 04 16 09 99 | Premises Alarm Or Fire Protection System | | |
| HS 04 41 09 99 | Additional Insured | | |
| HS 80 91 07 02 | Limited Fungi, Other Microbes or Rot Remediation | $ 5,000 | |
| HS 04 77 09 99 | Ordinance Or Law - Increased Amount Of Coverage<br>New Total Percentage - 25% | | |
| OH-MSI-2 09 13 | Mine Subsidence Coverage | | $ 1.00 |

**Total Premium** $ 1,455.00

Continued on next page Agent Copy



PL-8655 1-97 675/0B4396

## Your Premium Reflects the Following Credits or State Surcharges

| | |
|---|---|
| Premises Alarm System-Fire | 5.0% |

**Policy Deductible:** $ 1,000.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

## Additional Insured

ROBERT DONAHUE
120 FIXLER RD
WADSWORTH, OH 44281
Interest:

**Your Insurer:** The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us and protecting your home with safety devices, go to www.mytravelers.com/discounts. Once at the website, type in your policy number 9345296156631 and product code SV1 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations are part of your Homesaver Insurance Policy, Rental Dwelling Form 663. If a change number and effective date appear at the top of this page, these Declarations replace any previous Declarations on that date.

Continued on next page

DMJ 06122024

Policy Change
Proposal

TRAVELERS

# HOMESAVER POLICY

Named Insured: KELLY
KRISE
Policy Number: 934529615 663 1
Policy Period: 01-10-17 To: 01-10-18
Effective Date: 01-10-17

GENERAL POLICY/RATING INFORMATION:

| | | | | |
|---|---|---|---|---|
| Rate Tier: ECO | Agt Cd: 0B4398 | Commissions | $ | % |
| Terr: 34 | Sub-Agt: | Comm-Hmsvr: | 145.50 | 10.0 |
| Prot Cls: 0003 | Trans Type: Change | | | |
| #Fam: 1 | PSO Ind: A | | | |
| #Apts/Unit: | SPC Case: | | | |
| Yr Built: 1923 | Pay Ind: 00 | | | |
| Constr: Frame | EQ Zone: 02 | | | |
| SVC Ind: 675 | EDI Copy: NO | | | |

DM 06122024

GEICO INS AGENCY INC
1 GEICO BLVD
FREDERICKSBURG VA 22412

00063

TRAVELERS

KELLY KRISE
120 FIXLER RD
WADSWORTH OH 44281-8407

Dear Policyholder,

Thank you for allowing us to continue servicing your Homesaver policy. We value you as a customer and appreciate your loyalty.

Enclosed, you will find new documents that reflect a recent policy change. Please review this package thoroughly before storing it in a safe place with your original policy.

If you have any questions concerning your policy, please contact us at the telephone number displayed on the attached Declarations. We want to be sure that you completely understand your policy and the protection we provide.

We appreciate your business and look forward to servicing your insurance needs.

GEICO Insurance Agency Inc.

DM 06122024

Policy Change
Declarations

TRAVELERS

# HOMESAVER POLICY

**Named Insured**

KELLY KRISE
120 FIXLER RD
WADSWORTH OH 44281-8407

**Your Agency's Name and Address**

GEICO INS AGENCY INC
1 GEICO BLVD
FREDERICKSBURG VA 22412

**Your Policy Number:** 934529615 663 1
**Your Account Number:** 934529615

**For Policy Service Call:** 1-800-841-3005
**For Claim Service Call:** 1-800-CLAIM33

**Policy Period**

FROM: 01-10-17 To: 01-10-18 12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**

1354 PARKMAN RD NW
WARREN, OH 444852471

Change Effective Date: 01-10-17

No Change in Premium

Reason for Change: Change to Addnl Insured Information

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - Dwelling | $ 236,000 | $ 1,441.00 |
| B - Other Structures | 23,600 | INCL |
| C - Household Furnishings | 5,000 | INCL |
| D - Loss of Use | 23,600 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - Premises Liability | $ 300,000 | $ 13.00 |
| F - Medical Payments | 1,000 | INCL |

**Policy Forms and Endorsements**

| | | | |
|---|---|---|---|
| HS 663 09 99 | Rental Dwelling Form | | |
| HS 00 03 07 02 | Special Coverage | | |
| HS 01 34 10 12 | Special Provisions - Ohio | | |
| HS 04 16 09 99 | Premises Alarm Or Fire Protection System | | |
| HS 04 41 09 99 | Additional Insured | | |
| HS 80 91 07 02 | Limited Fungi, Other Microbes or Rot Remediation | $ 5,000 | |
| HS 04 77 09 99 | Ordinance Or Law - Increased Amount Of Coverage New Total Percentage - 25% | | |
| OH-MSI-2 09 13 | Mine Subsidence Coverage | | $ 1.00 |

**Total Premium** $ 1,455.00

Continued on next page

DM 06122024

## Your Premium Reflects the Following Credits or State Surcharges

| | |
|---|---|
| Premises Alarm System-Fire | 5.0% |

**Policy Deductible:** $ 1,000.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

## Additional Insured

ROBERT DONAHUE
120 FIXLER RD
WADSWORTH, OH 44281
Interest:

**Your Insurer:** The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us and protecting your home with safety devices, go to www.mytravelers.com/discounts. Once at the website, type in your policy number 9345296156631 and product code SV1 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations are part of your Homesaver Insurance Policy, Rental Dwelling Form 663. If a change number and effective date appear at the top of this page, these Declarations replace any previous Declarations on that date.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED

Residence Premises

Name and Address of Person or Organization*

Interest*

The definition of "insured" in this policy includes the person or organization named above with respect to:

**SECTION I**

Coverage A - Dwelling and Coverage B - Other Structures; and

**SECTION II**

Coverage E - Personal Liability and Coverage F - Medical Payments to Others but only with respect to the "residence premises." (In forms **HS 663** and **HS 664** Coverage E is Premises Liability and Coverage F is Medical Payments).

This coverage does not apply to "bodily injury" to any employee arising out of or in the course of the employee's employment by the person or organization.

If we decide to cancel or not to renew this policy, the party named above will be notified in writing.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

 Copyright, Insurance Services Office, Inc., 1990 

DM 06122024

New Business
Proposal

TRAVELERS

# HOMESAVER POLICY

**Named Insured**

KELLY KRISE
120 FIXLER RD
WADSWORTH OH 44281-8407

**Your Agency's Name and Address**

GEICO INS AGENCY INC
1 GEICO BLVD
FREDERICKSBURG VA 22412

**Your Policy Number:** 934529615 663 1

**For Policy Service Call:** 1-800-841-3005
**For Claim Service Call:** 1-800-CLAIM33

**Policy Period**
FROM: 01-10-17 To: 01-10-18 12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
1354 PARKMAN RD NW
WARREN, OH 444852471

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - Dwelling | $ 236,000 | $ 1,441.00 |
| B - Other Structures | 23,600 | INCL |
| C - Household Furnishings | 5,000 | INCL |
| D - Loss of Use | 23,600 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - Premises Liability | $ 300,000 | $ 13.00 |
| F - Medical Payments | 1,000 | INCL |

**Policy Forms and Endorsements**

| | | | |
|---|---|---|---|
| HS 663 09 99 | Rental Dwelling Form | | |
| HS 00 03 07 02 | Special Coverage | | |
| HS 01 34 10 12 | Special Provisions - Ohio | | |
| HS 04 16 09 99 | Premises Alarm Or Fire Protection System | | |
| HS 80 91 07 02 | Limited Fungi, Other Microbes or Rot Remediation | $ 5,000 | |
| HS 04 77 09 99 | Ordinance Or Law - Increased Amount Of Coverage<br>New Total Percentage - 25% | | |
| OH-MSI-2 09 13 | Mine Subsidence Coverage | | $ 1.00 |

**Total Premium** $ 1,455.00

**Your Premium Reflects the Following Credits or State Surcharges**

Premises Alarm System-Fire 5.0%

Continued on next page Agent Copy 

PL-8655 1-97 675/0B4398

**Policy Deductible:** $ 1,000.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

**Your Insurer:** The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

**For Your Information**

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us and protecting your home with safety devices, go to www.mytravelers.com/discounts. Once at the website, type in your policy number 9345296156631 and product code SV1 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations are part of your Homesaver Insurance Policy, Rental Dwelling Form 663. If a change number and effective date appear at the top of this page, these Declarations replace any previous Declarations on that date.

GENERAL POLICY/RATING INFORMATION:

| | | | | |
|---|---|---|---|---|
| Rate Tier: ECO | Agt Cd: 0B4398 | Commissions | $ | % |
| Terr: 34 | Sub-Agt: | Comm-Hmsvr: | 145.50 | 10.0 |
| Prot Cls: 0003 | Trans Type: New Business | | | |
| #Fam: 1 | PSO Ind: A | | | |
| #Apts/Unit: | SPC Case: | | | |
| Yr Built: 1923 | Pay Ind: 00 | | | |
| Constr: Frame | EQ Zone: 02 | | | |
| SVC Ind: 675 | EDI Copy: NO | | | |

DM 06122024

TRAVELERS

KELLY KRISE
120 FIXLER RD
WADSWORTH OH 442818407

Welcome to Travelers. We are very pleased that you have chosen to place your Homesaver insurance with us.

For over 125 years,Travelers has been striving to provide quality products and services - at a cost you can live with. Rest assured, in these rapidly changing times, you have someone working for you. That's your Travelers representative who is committed to providing you with the quality service you deserve. Today, more than ever, your satisfaction with our products and services is of the utmost importance to us.

We've prepared a package of materials especially for you which includes:

- your new policy;
- materials, if applicable, which are required in your state.

We hope you will take a few minutes to review your policy materials, especially your Declarations page, which indicates the coverage and limits you have selected.

We would also like to remind you that whatever your insurance needs, Travelers and our insurance representative offer a full line of insurance products. If you have any questions, please do not hesitate to call GEICO INS AGENCY INC at 1-800-841-3005.

DM 06122024

# Water

# Water

# Everywhere ...

## Am I protected from Flood? PROBABLY NOT!

Flooding occurs in EVERY state! Many people find out too late that they are at risk for flooding, and even worse that their property insurance doesn't cover flood damage.

- Your Homeowners policy DOES NOT cover flood loss to your home and contents.
- In certain areas, the chance of a flood loss is 25% greater than a loss due to a fire during a 30-year mortgage.
- Six out of every ten declared disasters involve flooding!
- Homes in areas where there is new construction or where there have been other events, such as forest fires, may be in greater danger than in the past because of changes to the land around them.
- 25% of all floods occur outside of a high-risk flood area.
- Federally backed mortgages in certain areas require flood insurance policies for the life of the mortgage.

To ensure that your property and belongings are protected, call your **independent insurance agent.**

Even if you already have a flood policy, you may want to discuss coverages with your agent to ensure that your policy is up to date.

TRAVELERS

PL-8206 Rev. 09-08

DM 06122024

# Your privacy. . .
Is our concern

## WHAT WE MEAN WHEN WE TALK ABOUT "PRIVACY"

Your privacy is important to us. When we sell an insurance policy to a person we need information about the person or property that we're insuring. We consider this private and have taken steps to keep it confidential.

We want you to know about our privacy policy. The privacy policy tells you the kinds of information we get about you, where we get it, and with whom, if anyone, we may share it.

This brochure describes our privacy policy, procedures and practices for individuals who seek or get auto, home and other personal liability and property insurance for personal, family or household needs.

## WHAT KIND OF INFORMATION WE HAVE AND WHERE WE GET IT

You give us most of what we need in the application process. To make sure what we have is correct we may need to check with you by phone or mail.

You may be asked to give us more details in writing or over the phone. Plus, we may receive and check your past insurance claims from insurance support organizations or your former insurers.

As allowed by law, we may ask for credit and other consumer reports from consumer reporting agencies concerning your application for insurance or any renewal of insurance. Information given to us by an insurance support organization, including consumer reporting agencies may be retained by them and disclosed to other persons.

For auto insurance, we often get a report of accidents or convictions from your State Motor Vehicle Department. We get these reports through an independent reporting company. We may also check information from government agencies or independent reporting companies. This helps us correctly rate and price your policy.

For home, building, or boat insurance, we or an inspector from an independent company may visit the property to inspect and report on its condition. In some cases, pictures may be taken. This allows us to check the estimate we have of your property's value. If we need more details about the property or the alarm you've installed, we may need to enter your property to finish the inspection. We would contact you before entering your property.

As a part of our application and underwriting process, in most states, we also order an Insurance Score based on credit history. We use the Score, information you give us, and other consumer reports for underwriting and the price we will charge. If we receive corrected personal information from a consumer reporting agency, we will re-evaluate you.

Once you're insured with us, your file may contain details about your policy(ies). This may include bill payments or claim history. A claim representative may comment, for example, on the condition and use of the insured property. We may also keep a police report if one was issued.

Sometimes we need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we would ask you to sign a form allowing your personal doctor to answer any question we may have.

## WHO HAS ACCESS TO THIS INFORMATION

We keep what we collect about you in our files. Our policies and procedures protect your personal information. We have physical, electronic and procedural safeguards in place.

**We do not give or sell our customers' personal information to others for marketing purposes. You don't have to ask us to keep your information private because we do not give it, unless allowed.**

We will use information about you to sell you insurance, service your insurance and settle claims. We may give the information to other persons or companies to help us manage or service our business. When we do, we require them to use it only for the reasons we gave it to them.

We may give, without your past permission and only if allowed by law, information about you held in our files to certain persons or organizations such as:

- Your agent or broker
- Our affiliated property and casualty insurance companies
- An independent claim adjuster or investigator

- Persons or organizations that conduct scientific research, including actuarial or underwriting studies, provided that no individual may be identified in the studies
- An insurance support organization, including consumer reporting agencies
- Another insurer in order to prevent or prosecute fraud

Also, on rare occasions, we may be required to share this information:

- With a State Insurance Department or other governmental agency, if required by federal, state or local laws
- If ordered by a summons, court order, search warrant or subpoena
- To protect our own legal interests, or in case of suspected fraud or other illegal activities.

**HOW TO FIND OUT WHAT INFORMATION WE HAVE ABOUT YOU**

If you have any questions about what we have in your file please write to us. When we receive your written request, we will respond within thirty (30) business days. We will let you know if we've given any information about you to anyone in the past. If we asked for a consumer report we will tell you the name and address of the consumer reporting agency.

You may also see and copy your file (except for certain documents about claims and lawsuits). If you believe any of our information is wrong we'll check it out and if we agree there was an error, we'll correct it. If we don't agree, you're still allowed to file a letter with your comments. We'll send the correction or letter to anyone who received or will receive the original information.

If you have any questions about the right of access to or correction of your file, we'll be happy to review our procedures with you. Please contact:

**Privacy Coordinator**
UNDERWRITING DEPARTMENT
P.O. BOX 59059
KNOXVILLE, TN 37950

**WHEN YOU WRITE, PLEASE BE SURE TO TELL US YOUR:**

- Name
- Address
- Policy number
- Phone number and the best time of the day for us to call you

Please include a copy (not the original) of personal ID, such as your driver's license.

**WE THANK YOU FOR LETTING US SERVE YOUR INSURANCE NEEDS.**

This notice is effective July 2006 and is given by Travelers Indemnity Company, and its property and casualty insurance affiliates, members of the Travelers group of companies. This notice applies to current and former customers and may be amended at any time. The amended notice will be sent to customers and will also be placed on Travelers web sites.

A statement concerning our use of Insurance Score is available upon request for Oregon residents.

# IMPORTANT NOTICE ABOUT BILLING OPTIONS AND DISCLOSURES

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in monthly installments and will be billed by mail / email. Please note that a service charge of $5.00 will apply per installment. Other charges that may apply include a $10.00 late charge and a $25.00 fee for payments returned by your bank. If a payment is late we may require the total balance on your account be paid, in order to continue coverage.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Pay In Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $ 1.00 | No Charge |
| Recurring Credit Card (RCC) | $ 1.00 | No Charge |
| Bill by Mail / Email | $ 5.00 | No Charge |

Late Charge: $10.00 per occurrence
Payments returned by your bank: $25.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-800-841-3005.

PL-14216 Rev. 7-16

DM 06122024

COVH4G93

TRAVELERS

# A Homesaver Policy Booklet

# from Travelers

**Especially for:**
**KELLY KRISE**

**Prepared by:**
**GEICO INS AGENCY INC**

RENTAL DWELLING FORM 663

DM 06122024

## *The Contents of This Booklet*

1. **Your Declarations:**

   A summary of your coverages, amounts of insurance, and premiums for those coverages under the policy.

2. **The Travelers Homesaver Insurance Policy:**

   The policy contract describing coverages, rights, and obligations.

3. **Endorsements:**

   Additional coverages or policy provisions applicable to your policy.

4. **Important Notices:**

   Information required by your state but not part of your policy provisions.

## *Important Phone Numbers*

1. **For Policy Service:**

   Call your Travelers representative.
   1-800-841-3005

2. **To Report a Claim:**

   Call your Travelers agent or representative or the Travelers toll-free country-wide claim reporting service at 1-800-CLAIM-33(1-800-252-4633).

DMJ 06122024

New Business
Declarations

TRAVELERS

# HOMESAVER POLICY

**Named Insured**

KELLY KRISE
120 FIXLER RD
WADSWORTH OH 44281-8407

**Your Agency's Name and Address**

GEICO INS AGENCY INC
1 GEICO BLVD
FREDERICKSBURG VA 22412

**Your Policy Number:** 934529615 663 1

**For Policy Service Call:** 1-800-841-3005
**For Claim Service Call:** 1-800-CLAIM33

**Policy Period**

FROM: 01-10-17 To: 01-10-18 12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**

1354 PARKMAN RD NW
WARREN, OH 444852471

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - Dwelling | $ 236,000 | $ 1,441.00 |
| B - Other Structures | 23,600 | INCL |
| C - Household Furnishings | 5,000 | INCL |
| D - Loss of Use | 23,600 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - Premises Liability | $ 300,000 | $ 13.00 |
| F - Medical Payments | 1,000 | INCL |

**Policy Forms and Endorsements**

| | | | |
|---|---|---|---|
| HS 663 09 99 | Rental Dwelling Form | | |
| HS 00 03 07 02 | Special Coverage | | |
| HS 01 34 10 12 | Special Provisions - Ohio | | |
| HS 04 16 09 99 | Premises Alarm Or Fire Protection System | | |
| HS 80 91 07 02 | Limited Fungi, Other Microbes or Rot Remediation | $ 5,000 | |
| HS 04 77 09 99 | Ordinance Or Law - Increased Amount Of Coverage<br>New Total Percentage - 25% | | |
| OH-MSI-2 09 13 | Mine Subsidence Coverage | | $ 1.00 |

**Total Premium** $ 1,455.00

**Your Premium Reflects the Following Credits or State Surcharges**

Premises Alarm System-Fire 5.0%

Continued on next page
Insured Copy

PL-8651 1-97 675/0B4398

DM 06122024

**Policy Deductible:** $ 1,000.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

**Your Insurer:** The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us and protecting your home with safety devices, go to www.mytravelers.com/discounts. Once at the website, type in your policy number 9345296156631 and product code SV1 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations are part of your Homesaver Insurance Policy, Rental Dwelling Form 663. If a change number and effective date appear at the top of this page, these Declarations replace any previous Declarations on that date.

Countersignature:

DM 06122024

## YOUR HOMESAVER POLICY QUICK REFERENCE


| | | Beginning On Page |
|---|---|---|
| | **DECLARATIONS PAGE**<br>Your Name<br>Location of Residence Premises<br>Policy Period<br>Coverages<br>Limits of Liability<br>Deductible Amounts | |
| | AGREEMENT | 1 |
| | DEFINITIONS | 1 |
| SECTION I PROPERTY COVERAGES | COVERAGE A - DWELLING | 2 |
| | COVERAGE B - OTHER STRUCTURES | 2 |
| | COVERAGE C - HOUSEHOLD FURNISHINGS | 2 |
| | COVERAGE D - LOSS OF USE | 2 |
| | ADDITIONAL COVERAGES | 2 |
| | PERILS INSURED AGAINST | 4 |
| | EXCLUSIONS | 5 |
| | LOSS DEDUCTIBLE | 6 |
| | CONDITIONS | 6 |
| | Your Duties After Loss | 6 |
| | Loss Settlement | 7 |
| SECTION II LIABILITY COVERAGES | COVERAGE E - PREMISES LIABILITY | 8 |
| | COVERAGE F - MEDICAL PAYMENTS | 8 |
| | ADDITIONAL COVERAGES | 9 |
| | EXCLUSIONS | 9 |
| | CONDITIONS | 11 |
| | Limit of Liability | 11 |
| | Duties After Occurrence | 11 |
| SECTIONS I AND II CONDITIONS | CONDITIONS | 12 |
| | Policy Period | 12 |
| | Cancellation | 12 |
| | Nonrenewal | 13 |

# Homesaver Insurance Policy

## Rental Dwelling Form 663

### AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

### DEFINITIONS

In this policy, "you" and "your" refer to the named "insured" shown in the Declarations. "We", "us" and "our" refer to the company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability" means liability for "bodily injury" or "property damage" arising out of the:
   - a. Ownership of such vehicle or craft by an "insured";
   - b. Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;
   - c. Entrustment of such vehicle or craft by an "insured" to any person;
   - d. Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; and
   - e. Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   For the purpose of this definition:
   - a. Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;
   - b. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles; and
   - c. Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor.
   - d. Motor vehicle means a "motor vehicle" as defined in 7. Below.
2. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.
3. "Business" means:
   - a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or
   - b. Any other activity engaged in for money or other compensation.
4. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, if the employee's duties are other than those performed by a "residence employee".
5. "Insured" means:
   - a. The person or organization shown as the named "insured" on the Declarations; and
   - b. Any person or organization while acting as real estate manager for you;

   Under both Section I and II, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".
6. "Insured location" means the "residence premises" shown in the Declarations.
7. "Motor vehicle" means:
   - a. A self-propelled land or amphibious vehicle; or
   - b. Any trailer or semi-trailer which is being carried on, towed by or hitched for towing by a vehicle described in a. above.
8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period in:

a. "Bodily injury"; or

b. "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

a. An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, if the employee's duties are related to the maintenance or use of the "residence premises".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means the one, two, three or four family dwelling shown as the "residence premises" in the Declarations.

"Residence premises" also means other structures and grounds at that location.

## SECTION I - PROPERTY COVERAGES

### COVERAGE A - DWELLING

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and
2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B - OTHER STRUCTURES

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage; or
2. From which any "business" is conducted.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C - HOUSEHOLD FURNISHINGS

We cover your appliances, carpeting and other household furnishings in that part of the "residence premises" regularly rented or held for rental to any person other than an "insured".

### COVERAGE D - LOSS OF USE

The limit of liability for Coverage D is the total limit for the two coverages that follow.

1. **Fair Rental Value.** If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover its fair rental value. Fair rental value does not include any expenses that do not continue while that part of the "residence premises" rented to others or held for rental is not fit to live in.

   Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

2. **Civil Authority.** If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Fair Rental Value loss as provided under **1.** above for no more than two weeks.

The periods of time under **1.** and **2.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

### ADDITIONAL COVERAGES

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

   a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the

amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

2. **Reasonable Repairs.** In the event that covered property is damaged by a Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by a Peril Insured Against.

   This coverage does not:

   a. Increase the limit of liability that applies to the covered property; or

   b. Relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION **2.c.**

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises", or Vandalism or malicious mischief.

   We will pay up to 5% of the limit of liability that applies to the dwelling, for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

   This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

   This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 90 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Loss Assessment.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, of the type covered under this policy that is owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than:

   a. Earthquake; or

   b. Land shock waves or tremors before, during or after a volcanic eruption.

   This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

   We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

   The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible per unit to the total amount of any one loss to the property described above, regardless of the number of assessments.

   Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

   This coverage is additional insurance.

7. **Glass or Safety Glazing Material.**

   a. We cover:

      **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

      **(2)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

   b. This coverage does not include loss:

      **(1)** To covered property which results because glass or safety glazing material has been broken, except as provided in **a.(2)** above; or

      **(2)** On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

The most we will pay is $100 for any one loss regardless of the number of windows or other covered property involved in the loss.

This coverage does not increase the limit of liability that applies to the damaged property.

8. **Ordinance or Law.**

a. You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

9. **Inflation Coverage.** We may adjust the limits of liability for Coverages A, B, C and D at the beginning of each successive policy term to reflect increases in the cost of insured property. The amount of such increase will be based on the data provided by the appraisal company shown in the Declarations. Payment of the required premium when due for the successive policy term will be sufficient to indicate your acceptance of the adjusted limits.

We will also adjust the limits of liability at the time of a loss by the same percentage pro rated from the effective date of the policy period or the effective date of change if you have requested a change to the limit of liability for Coverage A during the policy period.

## SECTION I - PERILS INSURED AGAINST

We insure for direct physical loss to the property described in Coverages A, B and C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

1. **Fire or lightning.**

2. **Windstorm or hail.**

This peril does not include loss to the inside of a building or the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

This peril does not include loss to a fence, driveway or walk caused by a vehicle owned or operated by a resident of the "residence premises".

7. **Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

9. **Vandalism or malicious mischief.**

This peril does not include loss:

a. By pilferage, theft, burglary or larceny, but we do cover damage to covered property caused by burglars; or

b. To property on the "residence premises", and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

## SECTION I - EXCLUSIONS

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. **Ordinance or Law**, meaning any ordinance or law:

   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion, **1.a.**, does not apply to the amount of coverage that may be provided for under Additional Coverage **8.** Ordinance or Law;

   b. The requirements of which result in a loss in value to property.

   c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   This exclusion applies whether or not the property has been physically damaged.

2. **Earth Movement,** meaning:

   a. Earthquake including land shock waves or tremors before, during or after a volcanic eruption;

   b. Landslide; mudslide, or mudflow;

   c. Subsidence or sinkhole; or

   d. Any other earth movement including earth sinking, rising or shifting;

   caused by or resulting from human or animal forces or any act of nature, unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

3. **Water Damage,** meaning:

   a. Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

   b. Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

   c. Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

   caused by or resulting from human or animal forces or any act of nature.

   Direct loss by fire or explosion resulting from water damage is covered.

4. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises". But, if the failure results in a loss from a Peril Insured Against, on the "residence premises", we will pay for the loss caused by that Peril Insured Against.

5. **Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War,** including the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

8. **Intentional Loss,** meaning any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, regardless of whether that "insured" committed or conspired to commit the act causing the loss.

9. **Governmental Action,** meaning the destruction, confiscation or seizure of property described in Coverage A, B or C by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

## LOSS DEDUCTIBLE

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section I - Property Coverages that exceeds the deductible amount shown in the Declarations.

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

   b. For more than the applicable limit of liability.

2. **Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this policy unless there has been full compliance with the duties noted below. These duties must be performed either by you or by an "insured" seeking coverage, if not you.

   a. Give prompt notice to us or our agent;

   b. Notify the police in case of loss by theft;

   c. Protect the property from further damage. If repairs to the property are required, you must:

      (1) Make reasonable and necessary repairs to protect the property; and

      (2) Keep an accurate record of repair expenses;

   d. Cooperate with us in the investigation of a claim;

   e. Prepare an inventory of damaged household furnishings showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   f. As often as we reasonably require:

      (1) Show the damaged property;

      (2) Provide us with records and documents we request and permit us to make copies; and

      (3) Submit to examination under oath, while not in the presence of another "insured", and sign the same;

   g. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

      (1) The time and cause of loss;

      (2) The interest of all "insureds" and all others in the property involved and all liens on the property;

      (3) Other insurance which may cover the loss;

      (4) Changes in title or occupancy of the property during the term of the policy;

      (5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged household furnishings described in **2.e.** above; and

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss.

3. **Loss Settlement.** Covered property losses are settled at actual cash value at the time of loss but not more than the amount required to repair or replace the damaged property.

4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

   a. Repair or replace any part to restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

5. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

   Each party will:

   a. Pay its own appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

6. **Other Insurance and Service Agreement.** If a loss covered by this policy is also covered by:

   a. Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

   b. A service agreement, the coverage provided under this policy is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is said to be insurance.

7. **Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

8. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

9. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

   a. Reach an agreement with you;

   b. There is an entry of a final judgment; or

   c. There is a filing of an appraisal award with us.

10. **Abandonment of Property.** We need not accept any property abandoned by an "insured".

11. **Mortgage Clause.**

    The word "mortgagee" includes trustee.

    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

    c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    If we pay the mortgagee for any loss and deny payment to you:

    a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive

a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

12. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

13. **Nuclear Hazard Clause.**

    a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

    b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

    c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

14. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

15. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

16. **Concealment or Fraud.** With respect to all "insureds" covered under this policy, we provide no coverage for loss if, whether before or after a loss, one or more "insureds" have:

    a. Intentionally concealed or misrepresented any material fact or circumstance;

    b. Engaged in fraudulent conduct; or

    c. Made false statements;

    relating to this insurance.

## SECTION II - LIABILITY COVERAGES

Section II of the policy is optional. It applies only if a premium for Coverage E is shown in the Declarations.

### COVERAGE E - PREMISES LIABILITY

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" arising out of the ownership, maintenance, or use of the "insured location" and caused by an "occurrence", we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability is exhausted by the payment of settlements or judgments.

### COVERAGE F - MEDICAL PAYMENTS

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury";

    a. Arises out of a condition on the "insured location" or the ways immediately adjoining; or

    b. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured.

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses.** We pay:

   a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

   b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

   c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

   d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

3. **Loss Assessment.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

   a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or

   b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

      (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

      (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

   This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

   We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

   Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

   a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

   Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS does not apply to this coverage.

## SECTION II - LIABILITY EXCLUSIONS

1. **Coverage E - Premises Liability and Coverage F - Medical Payments** do not apply to "bodily injury" or "property damage":

   a. Which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

      (1) Is of a different kind, quality or degree than initially expected or intended; or

      (2) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

      However, this exclusion **1.a.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property.

   b. Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion **1.b.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

This exclusion **1.b.** does not apply to the rental or holding for rental of any part of an "insured location";

**c.** Arising out of a premises:

**(1)** Owned by an "insured";

**(2)** Rented to an "insured"; or

**(3)** Rented to others by an "insured";

that is not an "insured location";

**d.** Caused directly or indirectly by war, including the following and any consequence of any of the following:

**(1)** Undeclared war, civil war, insurrection, rebellion or revolution;

**(2)** Warlike act by a military force or military personnel; or

**(3)** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**e.** Which arises out of the transmission of a communicable disease by an "insured";

**f.** Arising out of any written or oral statement made by you or others on your behalf which is material to any financial transaction.

**2.** **Coverage E - Premises Liability and Coverage F - Medical Payments** also do not apply to "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability".

Exclusions **1.c.** and **2.** do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**3.** **Coverage E - Premises Liability**, does not apply to:

**a.** Liability:

**(1)** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in Additional Coverage 3. Loss Assessment;

**(2)** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

**(a)** That directly relate to the ownership, maintenance or use of an "insured location"; or

**(b)** Where the liability of others is assumed by you prior to an "occurrence";

unless excluded in **(1)** above or elsewhere in this policy;

**b.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location".

**c.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**d.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

**(1)** Workers' compensation law;

**(2)** Non-occupational disability law; or

**(3)** Occupational disease law;

**e.** "Bodily injury" or "property damage" for which an "insured" under this policy:

**(1)** Is also an insured under a nuclear energy liability policy issued by the:

**(a)** Nuclear Energy Liability Insurance Association;

**(b)** Mutual Atomic Energy Liability Underwriters;

**(c)** Nuclear Insurance Association of Canada;

or any of their successors; or

**(2)** Would be an insured under that policy but for the exhaustion of its limit of liability; or

**f.** "Bodily injury" to you or a regular resident of your household, other than a "residence employee".

**4.** **Coverage F - Medical Payments**, does not apply to "bodily injury":

**a.** To a "residence employee" if the "bodily injury":

**(1)** Occurs off the "insured location"; and

**(2)** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

b. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

c. From any:

(1) Nuclear reaction;

(2) Nuclear radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

(4) Any consequence of any of these; or

d. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## SECTION II - CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

   Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

3. **Duties After "Occurrence".** In case of an "occurrence", we have no duty to provide coverage under this policy unless you or another "insured" performs the duties noted below. You will help us by seeing that these duties are performed.

   a. Give written notice to us or our agent as soon as is practical, which sets forth:

   (1) The identity of the policy and the named "insured" shown in the Declarations;

   (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and

   (3) Names and addresses of any claimants and witnesses;

   b. Cooperate with us in the investigation, settlement or defense of any claim or suit;

   c. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

   d. At our request, help us:

   (1) To make settlement;

   (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   (3) With the conduct of suits and attend hearings and trials; and

   (4) To secure and give evidence and obtain the attendance of witnesses;

   e. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

   f. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

4. **Duties of an Injured Person - Coverage F - Medical Payments.**

   The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

   The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Coverage F - Medical Payments.** Payment under this coverage is not an admission of liability by an "insured" or us.

6. **Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under this Section.

   No one will have the right to join us as a party to any action against an "insured". Also, no action with respect to Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance - Coverage E - Premises Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

9. **Concealment or Fraud.** We do not provide coverage to an "insured" who, whether before or after a loss, has:

   a. Intentionally concealed or misrepresented any material fact or circumstance;

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

   relating to this insurance.

## SECTIONS I AND II - CONDITIONS

1. **Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

2. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions of coverage, whether that general program revision is implemented through introduction of:

   a. A subsequent edition of this policy form; or

   b. An amendatory endorsement

3. **Waiver or Change of Policy Provisions.**

   A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

4. **Cancellation.**

   a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

      Proof of mailing will be sufficient proof of notice.

      (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

      (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

      (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

         (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

         (b) If the risk has changed substantially since the policy was issued.

         This can be done by letting you know at least 30 days before the date cancellation takes effect.

      (4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

   c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

   d. If the return premium is not refunded with the notice of cancellation or when this policy is

returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

5. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

6. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

7. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us. Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

8. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

   a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

   b. "Insured" includes:

      (1) An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

      (2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

DM_06122024



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PROVISIONS – OHIO

### DEFINITIONS

The following definition is added:

- "Fuel system" means:
  - a. One or more containers, tanks or vessels which have a total combined fuel storage capacity of 100 or more U.S. gallons; and:
    - (1) Are, or were, used to hold fuel; and
    - (2) Are, or were, located on any one location;
  - b. Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in Paragraph a.;
  - c. Filler pipes and flues connected to one or more containers, tanks or vessels described in Paragraph a.;
  - d. A boiler, furnace or a water heater, the fuel for which is stored in a container, tank or vessel described in Paragraph a.;
  - e. Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in Paragraph a.; or
  - f. A structure that is specifically designed and built to hold escaped or released fuel from one or more containers, tanks or vessels described in Paragraph a.

  A "fuel system" does not include any fuel tanks that are permanently affixed to a motor vehicle or watercraft owned by an "insured", used for powering the motor vehicle or watercraft and not used at any time or in any manner for "business".

### SECTION I – EXCLUSIONS

The first paragraph of this section is deleted and replaced by the following:

We do not cover any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any of these excluded perils. Loss from any of these perils is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event:

(1) Results in widespread damage;

(2) Affects a substantial area; or

(3) Occurs gradually or suddenly.

These exclusions also apply whether or not the loss event arises from:

(1) Any acts of nature;

(2) Any human action or inaction;

(3) The forces of animals, plants or other living or dead organisms; or

(4) Any other natural or artificial process.

2. **Earth Movement** is deleted and replaced by the following:

2. **Earth Movement**, meaning events that include but are not limited to the following:

   a. Earthquake and earthquake aftershocks;

   b. Volcano activity including but not limited to:

      (1) Volcanic eruption;

      (2) Volcanic explosion;

      (3) Effusion of volcanic material; or

      (4) Lava flow;

   c. Mudslide, including mudflow, debris flow, landslide, avalanche, or sediment;

   d. Sinkhole;

   e. Subsidence;

   f. Excavation collapse;

   g. Erosion; or

   h. Any expansion, shifting, rising, sinking, contracting, or settling of the earth, soil or land.

   This exclusion applies whether or not the earth, soil or land is combined or mixed with water or any other liquid or natural or man made material.

   However, loss caused directly by the specific perils:

   a. Fire;

   b. Explosion; or

   c. Breakage of building or dwelling glass or safety glazing material, including storm doors or windows;

   following any earth movement is covered.

3. **Water Damage** is deleted and replaced by the following:

3. **Water Damage**, meaning:

   a. Flood, surface water, ground water, storm surge, waves, wave wash, tidal water, tsu-

nami, seiche, overflow of a body of water, or spray from any of these, whether or not a result of precipitation or driven by wind;

**b.** Any water or water borne material that enters through or backs up from a sewer or drain, or which overflows or discharges from a sump, sump pump, or related equipment;

**c.** Any water or water borne material located below the surface of the ground including water or water borne material:

**(1)** Which exerts pressure on, seeps, leaks or flows into:

**(a)** Any part of the dwelling or other structures;

**(b)** The foundation of the dwelling or other structures;

**(c)** Any paved surface located on the "residence premises"; or

**(d)** Any spa, hot tub, or swimming pool.

**(2)** Which causes earth movement, or

**d.** Any overflow, release, migration or discharge of water in any manner from a dam, levee, dike, hurricane barrier or any water or flood control device.

Direct loss by fire or explosion resulting from water damage will be covered.

**SECTION I – CONDITIONS**

**2. Duties After Loss.** Paragraph **a.** is deleted and replaced by:

**a.** Give us prompt notice. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than six months after the date of loss;

**SECTION II – EXCLUSIONS**

Under **1. Coverage E – Personal Liability and Coverage F – Medical Payments to Others**: The following items are added:

- Or any loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead pigment, lead compounds or lead in any form which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

  **(1)** Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

  **(2)** Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense; or

  **(3)** Any request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of lead, lead pigment, lead compounds or materials or substances containing lead in any form.

- Arising out of, resulting from, caused by or contributed to by the escape or release of fuel from a "fuel system". This exclusion applies, but is not limited to:

  **(1)** Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

  **(2)** Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense; or

  **(3)** Any request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of fuel in any form.

  However, this exclusion does not apply to "bodily injury" or "property damage" arising out of fire or explosion that results from such escaped or released fuel.

(In forms **HS 663** and **HS 664**, the above exclusions are added under **1. Coverage E – Premises Liability and Coverage F – Medical Payments.**)

**SECTIONS I AND II –CONDITIONS**

**4. Cancellation.** Paragraph **b.** is deleted and replaced by the following:

**b.** We may cancel this policy, as stated below, by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

DM 06122024



(1) We may cancel at any time by letting you know at least 10 days before the date cancellation takes effect if we cancel because:

(a) You have not paid the premium;

(b) There has been a material misrepresentation of fact related to this insurance; or

(c) Evidence of arson exists.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days of more, or at any time if it is a renewal with us, we may cancel if the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

All other provisions of this policy apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED FUNGI, OTHER MICROBES OR ROT REMEDIATION

**For use with Forms HS 663 and HS 664**

## DEFINITIONS

The following definition is added:

- "Fungi"
  - a. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".
  - b. Under Section II, this does not include any "fungi" that are, are on, or are contained in, a product or goods intended for consumption.

## SECTION I – PROPERTY COVERAGES
## COVERAGE D - LOSS OF USE

Paragraph **1.** is deleted and replaced by the following:

**1. Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in. However, fair rental value due to "fungi", other microbes or rot remediation will not be paid in addition to any amounts paid or payable under the Additional Coverage **Limited "Fungi", Other Microbes Or Rot Remediation**

Payment will be for the shortest time required to repair or replace such premises. This period of time is not limited by expiration of this policy.

## ADDITIONAL COVERAGES

The following additional coverage is added:

- **Limited "Fungi", Other Microbes Or Rot Remediation**
  - a. If a loss caused by a Peril Insured Against under Section I results in "fungi", other microbes or rot, we will pay for:
    - (1) Remediation of the "fungi", other microbes or rot. This includes payment for the reasonable and necessary cost to:
      - (a) Remove the "fungi", other microbes or rot from covered property or to repair, restore or replace that property; and
      - (b) Tear out and replace any part of the building as needed to gain access to the "fungi", other microbes or rot;
    - (2) Any reasonable and necessary increase in living expense you incur so that your household can maintain its normal standard of living or loss of fair rental value if the "fungi", other microbes or rot makes the "residence premises" not fit to live in; and
    - (3) Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi", other microbes or rot, whether performed prior to, during or after removal, repair, restoration or replacement.
  - b. We will pay under this additional coverage only if:
    - (1) The covered loss occurs during the policy period;
    - (2) All reasonable means were used to save and preserve the property at the time of and after the covered loss; and
    - (3) We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi", other microbes or rot.
  - c. The most we will pay under this additional coverage is$ 5,000 . This is the most we will pay for the total of all loss or costs regardless of the:
    - (1) Number of locations or items of property insured under this policy; or
    - (2) Number of losses or claims made.
  - d. This is not additional insurance and does not increase the limit of liability that applies to the damaged property.

## SECTION I – EXCLUSIONS

The following exclusion is added:

10. **"Fungi", Other Microbes or Rot,** meaning any loss or cost resulting from, arising out of, caused by, consisting of, or related to, "fungi", other microbes or rot. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. This exclusion does not apply to

"fungi", other microbes or rot remediation coverage that may be afforded under the Additional Coverage **Limited "Fungi", Other Microbes Or Rot Remediation**

**SECTION II – EXCLUSIONS**

The following exclusion is added under item **1. Coverage E - Premises Liability and Coverage F - Medical Payments:**

**g.** "Bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from, whether directly or indirectly, by "fungi", other microbes or rot. This includes:

**(1)** The cost of testing, monitoring, abating, mitigating, removing, remediating or disposing of "fungi", other microbes or rot;

**(2)** Any supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from, whether directly or indirectly, by "fungi", other microbes or rot, or the activities described in **g.(1)** above;

**(3)** Any obligation to share with or repay another who must pay damages because of "bodily injury" or "property damage" damage of the type described in this exclusion. This applies regardless of any other cause that contributed directly or indirectly, concurrently or in any sequence to the "bodily injury" or "property damage"; and

**(4)** Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from, whether directly or indirectly, by "fungi", other microbes or rot.

All other provisions of this policy apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIAL COVERAGE

For an additional premium, the policy is amended as follows:

**SECTION I - ADDITIONAL COVERAGES**

Under **7. Glass or Safety Glazing Material**, the next to the last paragraph regarding the $100 limit is deleted.

The following coverage is added:

**Collapse.**

**a.** With respect to this additional coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused only by one or more of the following:

**(1)** Perils Insured Against that apply to COVERAGE C. These perils apply to covered buildings and property covered under Coverage C for loss insured by this additional coverage;

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such insect or vermin damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b. (2)** through **(6)** above unless the loss is a direct result of the collapse of a building or any part of a building.

This coverage does not increase the limit of liability applying to the damaged covered property.

**SECTION I - PERILS INSURED AGAINST**

The PERILS INSURED AGAINST section is deleted in its entirety and replaced by the following:

(For Forms **HS 662** and **HS 664**, the word "dwelling" as used in this section means "unit".)

**COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

**1.** Excluded under SECTION I - EXCLUSIONS;

**2.** Involving collapse, other than as provided in the Additional Coverage **Collapse.**; or

**3.** Caused by:

**a.** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain the system and appliances of water;

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equip-

ment, or a roof drain, gutter, downspout or similar fixtures or equipment.

b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

(1) Fence, pavement, patio, deck or swimming pool;

(2) Footing, foundation, bulkhead, wall or any other structure or device that supports all or part of a building or other structure;

(3) Retaining wall or bulkhead that does not support all or part of a building or other structure; or

(4) Pier, wharf or dock;

c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

d. Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

e. Caused by constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

f. Any of the following:

(1) Wear and tear, marring, deterioration;

(2) Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

(3) Smog, rust or other corrosion;

(4) Smoke from agricultural smudging or industrial operations;

(5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

(6) Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

(7) Birds, vermin, rodents, or insects; or

(8) Animals owned or kept by an "insured".

**Exception to 3.f.**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverages A or B resulting from an accidental discharge or overflow of water or steam from within a:

(a) Storm drain or water, steam or sewer pipe off the "residence premises"; or

(b) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building or other structure on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For the purposes of this exception to **3.f.**, a plumbing system or household appliance does not include a sump, sump pump or related equipment, or a roof drain, gutter, downspout or similar fixtures or equipment.

Section I exclusion **3.** Water Damage, paragraphs **a.** and **c.** do not apply to loss by water covered under **3.e.** and **f.** above.

Under paragraphs **2.** and **3.**, any ensuing loss to property described in Coverages A and B not excluded or excepted by any other provision in this policy is covered.

**COVERAGE C - PERSONAL PROPERTY (HOUSEHOLD FURNISHINGS In Forms HS 663 and HS 664)**

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

1. **Fire or lightning.**
2. **Windstorm or hail.**

DM 06122024




This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to rowboats, canoes and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. **Explosion.**
4. **Riot or civil commotion.**
5. **Aircraft**, including self-propelled missiles and spacecraft.
6. **Vehicles.**
7. **Smoke**, meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. **Vandalism or malicious mischief.**
9. **Falling objects.**

   This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.
10. **Weight of ice, snow or sleet** which causes damage to property contained in a building.
11. **Sudden and accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    Under Forms **HS 661** and **HS 663**, we also pay to tear out and replace any part of the building on the "residence premises", but only when necessary to repair the system or appliance from which the water or steam escaped.

    Under Forms **HS 662** and **HS 664**, we also pay to tear out and replace any part of a building owned solely by you which is covered under Coverage A and at the location of the "residence premises", but only when necessary to repair the system or appliance from which the water or steam escaped.

    This peril does not include loss:

    a. To the system or appliance from which the water or steam escaped;

    b. Caused by or resulting from freezing except as provided in the peril of freezing below;

    c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

    d. Caused by constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

    In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment, or a roof drain, gutter, downspout or similar fixtures or equipment.
12. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.
13. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

    a. Maintain heat in the building; or

    b. Shut off the water supply and drain the system and appliances of water.

    However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

    In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment, or a roof drain, gutter, downspout or similar fixtures or equipment.
14. **Sudden and accidental damage from artificially generated electrical current.**

    This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.
15. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

**SECTION I - EXCLUSIONS**

The following exclusions are added:

We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in

Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in SECTION I - Exclusions **1.** Through **9.** above to produce the loss;

b. **Acts or decisions**, including the failure to act or decide, of any person, group, organization or governmental body; or

c. **Faulty, inadequate or defective:**

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property whether on or off the "residence premises".

**SECTION I - CONDITIONS**

For Forms **HS 661** and **HS 663** only, Condition **3. Loss Settlement** is deleted and replaced by the following:

3. **Loss Settlement.** In this condition **3.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in Additional Coverage 8. Ordinance or Law. Covered property losses are settled as follows:

a. Property of the following types:

(1) Personal property or household furnishings;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

(3) Structures that are not buildings;

(and under Form **HS 661** only -

(4) Grave markers, including mausoleums);

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

**(1)** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(a)** The limit of liability under this policy that applies to the building;

**(b)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

**(c)** The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in **3.b.(1)(b)** is limited to the cost which would have been incurred if the building had been built at the original premises.

**(2)** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(a)** The actual cash value of that part of the building damaged; or

**(b)** That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**(3)** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(a)** Excavations, footings, foundations, piers or any other structures or devices that support all or part of the

DM 06122024



building which are below the undersurface of the lowest basement floor;

**(b)** Those supports in **(a)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(c)** Underground flues, pipes, wiring and drains.

**(4)** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of **b.(1)** and **b.(2)** above.

However, if the cost to repair or replace the damage is both:

**(a)** Less than 5% of the amount of insurance in this policy on the building; and

**(b)** Less than $2500;

we will settle the loss according to the provisions of **b.(1)** and **b.(2)** above whether or not actual repair or replacement is complete.

**(5)** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **3.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

For Forms **HS 662** and **HS 664** only, Condition **3. Loss Settlement** is deleted and replaced by the following:

**3. Loss Settlement.**

**a.** Personal property or household furnishings (and under **Form 662** only - grave markers, including mausoleums), at actual cash value at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings under Coverage A or B:

**(1)** If the damage is repaired or replaced within a reasonable time, at the actual cost to repair or replace;

**(2)** If the damage is not repaired or replaced within a reasonable time, at the actual cash value, but not more than the amount required to repair or replace.

In this provision, the terms "repaired" and "replaced" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in Additional Coverage **8.** Ordinance or Law.

All other provisions of this policy apply.

DM 06122024



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or automatic sprinkler system approved by us on the "residence premises". You agree to maintain this system or systems, for which we have granted a credit, in working order and to let us know promptly of any change, including removal, made to the system(s).



Tavia Galonski, Summit County Clerk of Courts

# OHIO MINE SUBSIDENCE INSURANCE UNDERWRITING ASSOCIATION

## MINE SUBSIDENCE INSURANCE COVERAGE FORM

In consideration of an additional premium the structure at the described location per the insurance policy to which this mine subsidence insurance coverage form attaches is insured against direct loss on an occurrence basis caused by mine subsidence as herein defined and for the limit(s) of liability as stated below. This mine subsidence insurance is provided by the Mine Subsidence Insurance Fund. This endorsement creates no liability on the part of the insurance company issuing the policy to which this endorsement attaches or the Ohio Mine Subsidence Insurance Underwriting Association or its members, or the Ohio FAIR Plan Underwriting Association or the Ohio Insurance Guaranty Association or its members. Also, no liability is created on the part of the state of Ohio beyond the premiums paid into the Fund.

### DEFINITIONS

1. "Mine Subsidence" means lateral or vertical movement including the collapse which results from such movement as a result of man made underground coal mines, clay mines, limestone mines and salt mines. Mine subsidence does not include loss caused by earthquake, landslide, volcanic eruption, or collapse of strip mines, any surface mines, storm and sewer drains, or rapid transit tunnels.
2. An "occurrence" is a single subsidence event or several subsidence events which are continuous.
3. A "structure" means a 1-4 family dwelling building fixed to realty but does not include the land, trees, plants, crops, sidewalks, driveways, outbuildings, detached garages, industrial or commercial buildings.
4. "Private garages" are other structures at the described location, set apart from the dwelling structure by clear space. This includes structures connected to the dwelling structure by only a fence, utility line, or similar connection. However, these other structures may not be used in whole or in part for commercial, manufacturing, or farming purposes nor be rented by or held for rental to any person not a tenant of the dwelling structure.
5. "Sidewalks and driveways" are those that are usual to a 1-4 family dwelling structure and that are used primarily by the residents of the structure at the described location.
6. "Additional living expense" is any necessary increase in living expenses due to damage to the structure at the described location by mine subsidence which causes the structure to be unfit for habitation.
7. "Fair rental value" is the rental income lost net of non-continuing expenses if a part of the structure is damaged by mine subsidence and that damage causes the rental structure or the rented part of the structure to be unfit for habitation.

### Property Covered

This coverage applies to the structure at the described location including:

1. The cost of excavation or grading.
2. Foundations of buildings, boilers or engines which are below the under surface of the lowest basement floor or where there is no basement below the surface of the ground.
3. Underground pilings, piers, pipes, flues and drains and/or pilings which are below the watermark.

This coverage may apply to private garages within the special limits of liability of the following loss payment clause of this coverage form.

This coverage may apply to sidewalks and driveways but only if there is subsidence damage by the same occurrence to the insured structure. See the special limits of liability within the following loss payment clause of this coverage form.

### LOSS PAYMENT

The limit of liability for loss to the structure at the described location under this coverage form shall not exceed the smallest of the following amounts:

(1) The limit of liability on your dwelling in the insurance policy to which this mine subsidence insurance coverage form attaches or $300,000, whichever is less;

(2) If more than one coverage for mine subsidence insures any given structure, the limit of liability is the largest limit of coverage on a single insurance policy to which this mine subsidence insurance coverage form attaches or one single limit of $300,000, whichever is less;

(3) The actual cash value of the loss if the repairs will not be made to the property damaged by mine subsidence. Actual cash value is defined as replacement cost less depreciation or betterment;

(4) The amount actually and necessarily expended in repairing or replacing the insured structure with modern building materials only if that structure's repair or replacement is made intending that the structure have the same occupancy and use;

(5) The amount available in the Mine Subsidence Insurance Fund administered by the Governing

Board of the Ohio Mine Subsidence Insurance Underwriting Association.

Special limits of liability apply to the coverage for driveways, sidewalks, and private garages as follows:

**(1)** The total limit of liability for all sidewalks and driveways is an amount of up to 10% of the mine subsidence coverage limit of liability for the insured structure. In no case will this limit of liability exceed the amount actually and necessarily expended by the insured in repairing or replacing any sidewalks and driveways for which the insured has the responsibility for repair or replacement.

**(2)** The total limit of liability for all private garages is an amount of up to 10 % of the mine subsidence coverage limit of liability for the insured structure. In no case will this limit of liability exceed the amount actually and necessarily expended in repairing or replacing the private garages with modern building materials and payment will be made only if the repair is made intending that the building(s) be private garage(s) after repaired or replaced.

An amount of coverage of up to $5,000 will be paid for additional living expense and/or fair rental value if the insured structure is not fit to live in due to a mine subsidence occurrence. Payment will be for the shortest time required for repair of the mine subsidence damage.

The total of all amounts of coverage compensable to an insured will not exceed $300,000.

**Perils Not Insured Against**

The mine subsidence coverage does not insure against loss caused by earthquake, landslide, volcanic eruption, or collapse of strip mines, any surface mines, storm and sewer drains or rapid transit tunnels, or other earth movement.

**Deductible:**

The following deductible provision applies per occurrence:

2% of the coverage available with a minimum deductible of $250 and a maximum deductible of $500.

**Other Provisions**

**(1)** This coverage is provided by provisions of Ohio Revised Code 3929.50 to 3929.53 and 3929.55 to 3929.56 and 3929.58 to 3929.61 and any subsequent amendments thereof enacted by the Ohio legislature. The amounts payable under this coverage are limited to the balance in the Mine Subsidence Insurance Fund from which all claims and other expenses of administrating this Fund are paid.

**(2)** The coverage afforded herein shall not be subject to provisions 3929.25 commonly known as the valued policy law.

**(3)** All claims authorized for payment shall be paid directly by the Mine Subsidence Insurance Fund.

**(4)** This entire coverage shall be void if, whether before or after a loss, the insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**(5)** There is no coverage for any loss occurring:

**(a)** While the hazard is increased by any means within the control or knowledge of the insured: or

**(b)** While a described building, whether intended for occupancy by owner or tenant, is vacant, or more than 50% unoccupied beyond a period of sixty consecutive days.

**(6)** This coverage shall terminate when the insurance policy to which this mine subsidence insurance coverage form attaches is cancelled or nonrenewed. The insured shall receive a pro rata refund of the unearned premium provided that if the unearned premium to be refunded is less than $3.00, it will be refunded only if the first named insured specifically request in writing that it be returned.

**7.** If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the insured, and if the insured fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in the form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof and the mortgage.

**8.** The insured shall give immediate written notice of any loss, to the Fund through his insurance company, protect the property from further damage, put it in the best possible order, furnish an estimate of the damaged property showing in detail, the amount and the amount of loss claimed; and within sixty days (60) after the loss, unless such time is extended in writing, by the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association, the insured shall render a proof of loss, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of

the loss, the interest of the insured and of all others in the property, the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy, by whom and for what purpose any structure herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and, if destroyed or damaged, the insured, as often as may be reasonably required, shall exhibit to any person designated by the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association all that remains of any property herein described, and submit to examinations under oath by any person named by the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association and subscribe the same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association or its representative, and shall permit extracts and copies thereof to be made.

9. In case the insured and the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association shall fail to agree as to the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then, on request of the insured or the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately the loss to each item; and failing to agree; shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association shall determine the amount of the loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.

10. There can be no abandonment to the Ohio Mine Subsidence Insurance Underwriting Association of any property.

11. No suit or action on this coverage for the recovery of any claims shall be sustainable in any court of law or equity unless all the requirements of this coverage shall be complied with, and unless commenced within twelve months after inception of the loss.

12. As part of the consideration given for the coverage provided by this endorsement, the insured agrees that the Governing Board of the Ohio Mine Subsidence Insurance Underwriting Association will receive full subrogation rights to the extent of any payment made to the insured. The Board's rights shall be against any party who might be legally liable for the loss as determined by the Board. These subrogation rights shall by considered both contractual and equitable and shall be self executing at the time any payment is made by the Board through the Ohio Mine Subsidence Insurance Fund, without the necessity of any written assignment. The Board's rights of assignment, subrogation and reimbursement are primary and shall take priority over any rights held by the insured, the insured's attorney, representative or any other party to any recovery. The insured agrees that the insured will reimburse the Board for any amounts which are later recovered from any third party, third party's insurer, or any other person, by way of settlement or in the satisfaction of any judgment of or upon any claims arising from a loss paid under this mine subsidence endorsement, irrespective of whether any such settlement or judgment may or may not provide reimbursement to the insured for all of the insured's injuries or other damages.The insured covenants to refrain from damaging, destroying or releasing the Board's right of recovery against any third party. Any breach of the conditions of this paragraph will result in the forfeiture of all rights to recover any benefits under this mine subsidence endorsement.

13. Nothing in this endorsement supplements, expands, increases, affects, or is affected by the coverage grants contained in the main policy to which this endorsement is affixed. The insured understands that the coverage given in this endorsement stands alone and is wholly separate and distinct from the main policy. This endorsement, therefore, shall not be construed to expand or enlarge the obligations of the company issuing the main policy for any of the coverages contained in the main policy. The language contained in the mine subsidence endorsement shall not be included by references in the body of the main policy to "other coverages" or other endorsements unless the mine subsidence endorsement is specifically named in the reference.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ORDINANCE OR LAW - INCREASED AMOUNT OF COVERAGE

The percentage applied to the Coverage A limit of liability, or for Form **HS 665**, the percentage applied to the Building Additions and Alterations limit of liability, under Additional Coverage **8.** Ordinance or Law is increased from 10% to the percentage shown below.

New Total Percentage ______%*

* Entry may be left blank if shown elsewhere in the policy for this coverage.

All other provisions of this policy apply.

This policy is signed for the company which is the insurer under this policy.

Wendy C. Skjerven
Senior Vice President and
Corporate Secretary

Michael Klein
President
Personal Insurance

**IN WITNESS WHEREOF, the Company has executed and attested these presents.**

PL-9107 8-97