# EXHIBIT 2

DM 06122024

ORIGIN ID:CAKA (330) 643-4107
CIVIL DIVISION
SUMMIT COUNTY/COURT CLERK
205 S HIGH ST

AKRON, OH 44308
UNITED STATES US

SHIP DATE: 08JUN24
ACTWGT: 1.00 LB
CAD: 494282/FXRS2005

BILL SENDER

TO STANDARD FIRE INSURANCE COMPANY

ONE TOWER SQUARE

HARTFORD CT 06183
(330) 643-4107 REF: CV2024062335 3442598
INV:
PO: DEPT. LEGAL DIVISION

FedEx. Express

E

TUE - 11 JUN 8:00P
EXPRESS SAVER

TRK# 0201 6036 5269 1537

DSR RES
06183
CT-US BDL

SP KXAA

RT TUE 20:00 1537 06.10
FZ

recycled paperboard
can help make Earth
a priority together.

RT 332 3 20:00 A
FZ 1537 06.11

Insert shipping document here.