# EXHIBIT 3

**STATE OF OHIO** )
) ss. **AFFIDAVIT**
**COUNTY OF** Summit )

NOW COMES Robert Donahue, after being duly sworn, and deposes and states as follows:

1. On or about February 28, 2017, a residential dwelling located at 1354 Parkman Road, Warren, Ohio was destroyed by a fire along with all personal property and patio deck.

2. The items referenced herein/below were lost in the all consuming residential dwelling fire noted above along with their current replacement values as listed, totaling $14,055.00.

A. Whirlpool 4.5 cu. ft. Clothes washer - $799.00

B. Whirlpool 7.0 cu. ft. Electric Clothes dryer - $699.00

C. Whirlpool 24.6 cu. ft. side by side Refrigerator - $1,429.00

D. Whirlpool Top Control Dishwasher - $679.00

E. Whirlpool 30" Gas Range - $699.00

F. Portable Commercial Paint Sprayer - $2,250.00

G. 12' x 15' Patio Deck with handrails & steps to grade - $7,500.00

H. 24x12 Shed - $6,400.00

FURTHER AFFIANT SAYETH NAUGHT.

Robert Donahue
Affiant: Robert Donahue

BEFORE ME, a Notary Public in and for said County and State, appeared the Affiant personally known to me, and after being duly sworn, acknowledged that the foregoing Affidavit is true and that Affiant has personal knowledge of the facts contained herein on this the 5 day of Jan., 2024.

NOTARY PUBLIC STATE OF OHIO
ROBERT A SILADIE
Notary Public
State of Ohio
My Comm. Expires
September 8, 2026

Robert Siladie
NOTARY PUBLIC

**STATE OF OHIO** )
) **ss.** **AFFIDAVIT**
**COUNTY OF** Summit )

NOW COMES Rebecca Donahue, after being duly sworn, and deposes and states as follows:

1. On or about February 28, 2017, a residential dwelling located at 1354 Parkman Road, Warren, Ohio was destroyed by a fire along with all personal property and patio deck.

2. The items referenced herein/below were lost in the all consuming residential dwelling fire noted above along with their current replacement values as listed, totaling $14,055.00.

A. Whirlpool 4.5 cu. ft. Clothes washer - $799.00
B. Whirlpool 7.0 cu. ft. Electric Clothes dryer - $699.00
C. Whirlpool 24.6 cu. ft. side by side Refrigerator - $1,429.00
D. Whirlpool Top Control Dishwasher - $679.00
E. Whirlpool 30" Gas Range - $699.00
F. Portable Commercial Paint Sprayer - $2,250.00
G. 12' x 15' Patio Deck with handrails & steps to grade - $7,500.00
H. 24X12 Shed $6,400.00

FURTHER AFFIANT SAYETH NAUGHT.

Rebecca Donahue
Affiant: Rebecca Donahue

BEFORE ME, a Notary Public in and for said County and State, appeared the Affiant personally known to me, and after being duly sworn, acknowledged that the foregoing Affidavit is true and that Affiant has personal knowledge of the facts contained herein on this the 5 day of Jan., 2024.

NOTARY PUBLIC · STATE OF OHIO
ROBERT A SILADIE
Notary Public
State of Ohio
My Comm. Expires
September 8, 2026

Robert Siladie
NOTARY PUBLIC

# SWORN STATEMENT IN PROOF OF LOSS

Please complete the following to the best of your knowledge and include attachments as needed:

| | |
|---|---|
| Insured Name:<br>KELLY KRISE ROBERT DONAHUE | Policy Number:<br>934529615-663-1 |
| Company:<br>THE STANDARD FIRE INSURANCE COMPANY | Claim Number:<br>HVM8677 |

When did the loss happen? Date: 02-28-2017 Time: ____________

Location of Loss: 1354 Parkman Road, Warren, Ohio

1) Describe the sequence of events that led up to and through the loss: The house burned down in a fire on 02-28-2017.

2) In your opinion, what caused the loss? The 02-28-2017 fire.

3) Describe the property damaged and/or stolen (please fill out the attached worksheet for personal property damaged and/or stolen): The residential dwelling located at 1354 Parkman Road, Warren, Ohio was destroyed in a fire. The entire dwelling was destroyed. along with the personal property (i.e., applicances) located therein.

The following are the appliances and other personal property that was destroyed inside the house: Whirlpool Washer; 24x12 Shed Whirlpool dryer; Whirlpool Refrigerator; Whirlpool Dishwasher; Whirlpool Gas Range; Portable Commercial Paint Sprayer; 12X15 Patio Deck with handrails

4) If the cause of loss was theft, was the loss reported to police? N/A If no, why not? N/A

Police Department: N/A Incident number: N/A

5) Please state the name(s) of the owner(s) of the property damaged and/or stolen:

6) If building was damaged, please state the name(s) of the person(s) or company(ies) who have mortgage or interests in the damaged property: Robin Warfield holds title to the property for the benefit of Robert and Rebecca Donahue. She was granted legal title to the property for the benefit of Robert and Rebecca Donahue by deed dated 05-30-2017. The Donahue's interest was recognized in the judgment in Summit Cty Ct of CP case # CV 2019-02-0775.

7) Have you had any previous losses? No.

8) Since the Policy was issued, has there been any change of ownership, use, occupancy, possession, location or exposure of the building or personal property described, or of your interest in the property?

Yes. The policy was issued on 01-10-2017 to Kelly Krise who held the property in trust for Robert and Rebecca Donahue pursuant to an equitable trust. On 03-03-2017, Robert Donahue was added as an additional insured effective 01-10-2017. On 05-30-2017, the property was transferred to Robin Warfield to hold the property in trust for the benefit of Robert Donahue and ~~his wife, Rebecca. There has not been anyone in possession of the property because the dwelling was destroyed in the fire~~. This is recognized in the Judgment of the Summit County Court of Common Pleas in CV 2019-02-0775, a copy of which is enclosed herewith.

9) Do you have any other insurance which covers losses to the damaged and/or stolen property? Yes______ No___x___
If yes, please state the name of the insurance company and the policy number for such insurance company:

______________________________________________________________________

______________________________________________________________________

10) Have you obtained any estimates for repair and/or replacement of the damaged and/or stolen property?

Yes_x__ No__ If yes, please attach the estimate(s) to this form.

11) If any of your personal property has been damaged and/or stolen, please complete the attached "Contents Scope Sheet" and indicate the total contents claim here: Yes

12) What is the total amount you claim was damaged and/or stolen because of the loss? Approx. $ 20,455.00

**Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.**

The furnishing of this blank or the preparation of this proof of loss by a representative of the insurance company is not a waiver of any of their rights.

I declare under penalty of perjury that the above statements are true and correct.

Robert Donato
(Signature of Insured)

______________________________
(Signature of Additional Insured)

Executed before me this 11th day of January, 2024 (date) at 700 W. St. Clair Ave. #110, Cleveland, OH 44113 (Street Address, City, State, Zip Code)

Courtney Quinn Notary Witness

COURTNEY QUINN
NOTARY PUBLIC • STATE OF OHIO
Comm. No. 2017-RE-680561
My commission expires Oct. 29, 2027

FedEx Office

# Fax Cover Sheet

Date JANUARY 18 Number of pages 14 (including cover page)

## To:

Name COURTNEY

Company MIKE O'SHEA ATTORNEY'S

Telephone 216-241-0011

Fax

## From:

Name JOSEPH BLOUCH

Company OWNER/PRESIDENT ELEGANT HOMES INC

Telephone 330-556-2425

Comments CONTRACT BY AND BETWEEN ROBERT AND REBECCA DONAHUE

COURTNEY @ MOSHEA.COM

*4900* Fax - Local Send

*4901* Fax - Domestic Send

*4902* Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2023 FedEx. All rights reserved. Products, services and hours vary by location. 622 OP03 001

2188309R

**NEW TWO-STORY, ONE FAMILY RESIDENCE FOR**
**ROBERT and REBECCA DONAHUE**

**AKRON, OHIO**

THIS AGREEMENT made the 18th day of ~~DECEMBER~~ January in Akron, Ohio by and between ELEGANT HOMES INC./KOSTA TOMIC, L.L.C, hereinafter called the CONTRACTOR, and ROBERT DONAHUE and REBECCA DONAHUE, hereinafter called the BUYER.

WITNESSETH, that the CONTRACTOR and the BUYER for the consideration hereinafter named, agree as follows:

Article 1. Scope of the Work

The CONTRACTOR shall furnish all of the material and perform all of the work for construction of a new two-story home as shown on Drawing RR-1 and RR-2 and as described in attached contract documents, and specifications on pages 8 through 13

Article 2. Beginning of Work

The work shall be started on the new residence within approximately seven (7) business days after being signed by all parties and the following items complied with:

(A) A letter of acknowledgement that all the insurance money has been released to the contractor.

(B) Subject to impending weather conditions.

(C) The home shall be completed approximately six (6) months without changes to the contract, after construction has been commenced, i.e. basement excavation has started and sewer lines are installed, but also subject to winter weather working conditions.

(D) Payment to the contractor as per article page 2.

The CONTRACTOR has the right to construct the building under "his normal method of construction," and in accordance with the Quality Workmanship done in the House at 1185 Sand Run Road, Akron, Ohio 44313.

Article 3. Payment to Contractor

The BUYER shall pay the CONTRACTOR for the performance of this CONTRACT herein, in current U.S. funds, the sum of (price includes all required permits and all State Sales tax, and items listed herein, the sum of Two hundred thirty seven thousand $00/100 DOLLARS ($237,000.00)

Payment shall be as follows:

(A) TOTAL HOUSE WITH ALL ALLOWANCES LISTED HEREIN.

(B) THE Payment herewith to the CONTRACTOR on signing the contract is as follows: THE Payment for all construction done, herein listed under Article 10 Progress Payments.



R.D.
R.D.
KT
EH

[signature] 1-18-24

Accepted, BUYER DATE

[signature] 1-18-24

Accepted, BUYER DATE

[signature] 1/19/24

Accepted, CONTRACTOR DATE

[signature] 01/18/2024

Accepted, CONTRACTOR DATE

Article 4. Contract Documents

Contract Documents are as follows:

(A) This Contractual Agreement.

(B) Working Drawings as required and mutually agreed, upon, numbered RR-1 and RR-2 dated 12/04/2023 without revisions.

(C) The Specifications listed on pages 6 through 13, continued herein.

The Contract includes this agreement and its general conditions, the Drawings, the specifications, and the Residential Home Warranty for New Construction which are attached hereto. Two or more copies of each, as required, shall be signed by both parties and one signed copy of each shall be retained by each party. A copy of the occupancy permit will be furnished on completion.

The Intent of these documents are to be considered as one, and no verbal agreements, Gentleman's agreements, or statements shall be recognized as changing the intent or conditions of the Contract. Also, there is no other agreement (written or verbal) which shall take precedence over what is contained written herein. All changes, if any, shall be made pursuant to Article 6.

Article 5. Inspection of Work

The CONTRACTOR shall permit inspection of the work by BUYER and their friends.

Article 6. Changes in the Work

The BUYER may order changes in the work with the Contract sum being adjusted accordingly. All such orders and adjustments shall be made in writing and signed by all parties, and 80% of the cost of any extras must be prepaid to the CONTRACTOR; the balance of the payments for Change Orders must be paid upon their completion rather than the completion of the entire project. Also, if a Change Order requires the project time to be extended, the Base Contract must be paid for as listen herein, and the expected time of project extension will be noted on the Change Order.

Article 7. Payment of Bills

The CONTRACTOR shall pay all valid bills promptly and charges for materials and labor for the construction of the structure and will hold the BUYER of the property free and harmless against all liens and claims of lien for labor and materials, or either of them, files against the property,



[initials]

pertaining to this Contract. All checks for payment must be made payable ELEGANT HOMES INC. and not to Suppliers and Subcontractors. In the event payments are partiality made, or payments cease, All Work Shall Cease.

Article 8. Job Site Insurance

The CONTRACTOR shall, direct all subcontractors to carry liability insurance necessary for the protection of his own personnel during the progress of the work. Please note: Elegant Homes, Inc. does not have any employees.

A builder's Risk Insurance Policy shall be carried by the BUYER in the full amount of the contract. Any deductible due on the policy is the responsibility of the BUYER.

Article 9. Removal of Debris

Upon completion of the work, the CONTRACTOR agrees to remove all debris and surplus material, occasioned only by his construction, from the site and leave the new residence in a debris free, dust free, and broom clean condition and in addition:

(A) Cabinets wet wiped inside and outside.
(B) Basement floor wet wiped.
(C) Garage floor wet wiped.
(D) Woodwork, bathrooms, kitchens, ceramic tile and vinyl floors washed, and windows washed in appropriate weather. Also, all carpets to be vacuumed.

Article 10. Progress Payments

There shall be one payment made at the beginning of any work: the total price of the project as previously listed.

Article 11. Special Conditions

(A) It is understood that the CONTRACTOR will provide temporary electric power, water, and heating during the construction until such time as permanent gas, electric and water meters are installed, at this time, the BUYERS shall place them in their name and the contractor shall pay for the utilities until the house is completed.
(B) It is also mutually understood that this house is being done concurrently with other projects that the CONTRACTOR is building; therefore, either the CONTRACTOR or one of his representatives will be on the site some part of each day when the house is under construction. The CONTRACTOR does, however, want to finish the project just as soon as possible, and will make all efforts to do so.
(C) It is also mutually agreed that the CONTRACTOR and BUYER cannot assign this contract without prior written consent of both parties.
(D) It is understood that color and material selections for the House shall be made as follows:
    (1) Color of Shingles – before rough framing is complete.
    (2) Color of Siding, Soffit and Fascia – before rough framing is complete.

(E) It is understood that the following color and material selections for the Interior Colors as follows shall be made by the BUYER before the drywall is hung:

(1) All floor coverings.

(2) Countertops.

(3) Cabinet color, woodwork color, and wall color.

Article 12. Acceptance and Final Payment

Payment shall be made as provided in this Contract. The making and acceptance of the final payment shall constitute a waiver of all claims by BUYER and the CONTRACTOR except:

See Article 3, Payments to Contractor.

Final payment, of all monies shall be due at completion of work, when the House has been substantially completed in accordance with the Working Drawings and the Specifications listed on page 8 through 14. A final lien release affidavit and occupancy permit will be provided to the BUYER at the time of final payment, to the CONTRACTOR.

The BUYER and CONTRACTOR will go through the House to make Final Inspection together. A list of Adjustments (if any) shall be signed by both parties. The Contractor will act promptly to correct any identified adjustments.

The BUYER may not move into the House or allow others to do so until he has paid the CONTRACTOR in full.

Article 13. Exclusions

The items listed below are explicit items which are not a part of this Contract:

(1) Pruning of existing trees (if any).

(2) Fine grading and lawn seeding with straw cover seeded grass.

We, the undersigned, have read and reviewed the foregoing Contractual Proposal, Drawings, Specifications, and Warranty prepared in duplicate and accept them as correct and hereby acknowledge receipt of one copy hereto.

| | |
|---|---|
| [signature] BUYER | 1-18-24 DATE |
| Rebecca Donahue [signature] BUYER | 1-18-24 DATE |
| Kosta Tomic [signature] CONTRACTOR | 1/18/24 DATE |
| Elena A Homasone [signature] CONTRACTOR | 01/18/2024 DATE |



R.D.
R.D.
KT
EH

## Article 15. Real Estate Commission

If any Real Estate Commissions are to be paid, they shall be paid by The Owner (BUYER) of the House to the Real Estate agency if any, meaning that the contractor has received all monies due to him, without taking money from him to pay any real estate commission.

## Article 16. Misc. Supplies

### Mirror Schedule

Note: All mirrors are ¼" polished plate mirror glass with seamed edge.

| Location | Mirror Size |
|---|---|
| Upper/Master Bath | 90" x 40" (approx.)<br>(field verify) |

### Closet Schedule

| Location | Closet Rod(s) | Shelf/Shelves |
|---|---|---|
| Master Bedroom Closet | (2) Rods | (2) Shelves |
| Bedroom – 2 Closet | (2) Rods | (2) Shelves |
| Bedroom – 3 Closet | (2) Rods | (2) Shelves |
| Hall Linen | No Rods | (4) Shelves |
| Lower Hall Closet | (1) Rod | (1) Shelf |



Y.D.
Y.D.
KT
SH

# CONSTRUCTION SPECIFICATIONS FOR A NEW RESIDENCE

## I. EXCAVATING AND GRADING

The CONTRACTOR will do all excavating for the footers, water lines and where required (but only in conjunction with this said house), and electric lines. The lot is to be graded to final contours; but the BUYER is to have others do tree planting, shrubbery planting and lawn planting. If excess dirt needs to be hauled, CONTRACTOR shall haul and dispose of dirt with additional charge to the homeowner. Contractor shall remove at additional cost trees which are within 20' of the (it was understood the lot is free of trees). All trash to be removed from the site by the contractor. Clearing the lot of all small debris, weeds and glasses shall take place before excavation begins.

## II. CONCRETE FOOTINGS

(1) Concrete footings shall be nominal 8" in thickness and 4" wider than the foundation walls on each side of the wall itself.

(2) Concrete for all footings to be 5 1/2'/sack gravel concrete (3000 PSI).

## III. FOUNDATION WALLS

All basement foundation walls to be (11) Eleven courses of 8" concrete block a waterproofing a coat of ½" of cement, parging is placed on the exterior side of the block to "grade", with the parging to receive one coat of Thoroseal Foundation Coating. (NOTE: The Block walls of the Basement shall be reinforced with 5/8" diameter Reinforcing Bars grouted in place (6'-0"+-on center) from top of footer to top of Basement Wall with Type "M" Mortar). 4" Diameter Drainage Pipe to be used on the outside and on the inside of the Footer with "weep" pipes through the footer, at 10'-0" intervals.

## IV. CONCRETE WORK

(1) All other concrete used in this project to be 6 sack (3,500 PSI) limestone concrete where used in basement floor, garage floor, and 6 sack limestone concrete on all exterior concrete. All concrete "flatwork" to have 6" x 6"/#10 x #10 welded wire mesh reinforcing excepting Basement floors.

(2) Concrete thickness to be as follows:
All thickness is "nominal" thickness
Walk to Front Door (4' wide) ------------------ 4"
City sidewalks ----------------------------------- None
Basement floors with vapor barrier ------------ 3 1/2"
Garage floors pitched to drain the water ------ 4"
Driveway ------------------------------------------ 4"
Driveway approach ----------------------------- 4"



G.D.
G.D.
KT
SH

V. BRICK WORK (GENERAL)

There is no brick on this project.

VI. ALL MASONRY FIREPLACE

None this project.

VII. METAL FIREPLACE

None this project.

VIII. CARPENTER WORK

(1) Exterior sheathing shall be ½" Oriented Strand Board (OSB). Roof sheathing to be ½" OSB with "H" clips between each 24" truss or rafter space. Floor joists shall be 2"x10" Douglas Fir @ 16"c/c. Wall studs and floor joists are spaced at 16" on center.

(2) Roof shingles shall be Fiberglass by the Pinnacle Company or equal, with a 30-year warranty. Style to be "Simulated Shake". Color of Roof is as selected by the BUYER, Shingles to have synthetic felt placed below the shingles. "Ice Guard" provided in all roof valley locations.

(3)

(a) Exterior sidewall, to be 3-1/2" fiberglass with an R-15 rating with a Kraft Faced Vapor Barrier, a caulking/foam sealant package is included.
(b) Vaulted ceiling insulation if any to be an R-38 rating, where "BATT" style insulation is required and R-40 rating where it is possible to blow the insulation in place.
(c) The garage walls to be insulated with R-13 Batt as per "a" above.

(4) Vinyl window units shall be the following type:

(a) Solid vinyl with ½" insulated glass panes all operating Windows are furnished with Screens except windows in the garage. All windows shall have grilles.

(5) Exterior doors shall be insulated steel as manufactured by Shuster's Inc., of Pennsylvania or equal. Style of the exterior door shall be as follows:

(a) Front door – 36" wide 6 panel steel door with one 12" wide sidelight.
(b) Interior Garage Door/House Door – Full Flush Steel Insulated.
(c) Dinette Door 6' sliding door with 3/4" insulated glass.
(d) All Interior Door Handles to be Flair by Schlage, Bright Brass. Exterior doors to have Deadbolts.
(e) All interior "swing" style and bi-fold doors shall be 1 3/8" thick solid core "6 panel" Masonite.

(6) Garage overhead doors shall be embossed paneled steel doors similar in style to the Wayne Dalton Model 35 Garage Overhead Door. One (1) 16' x 7' electric opener and 2 remote operators are provided on this project.



Y.D.
Y.D.
KT
EH

(7) All "Fascia Trim" to be aluminum and "Soffit trim" shall be Aluminum. Gutter color will match soffit trim if standard stocking colors are chosen.

(8) All wood subfloor shall be 3/4" T & G, Oriented Strand Board (OSB) glued and nailed in place with Ring Shank nails. Tyvek Wrap to be installed on Exterior of House, over ½" OSB sheathing.

## IX. INTERIOR WOOD TRIM AND FINISHES

(1) Interior wood trim around doors and windows shall be 3/4" x 2 1/2" Poplar.

(2) Interior wood-swinging doors shall be 6 panel Masonite 1-3/8" in thickness. (Solid core).

(3) Wood base to be Poplar 1/2" x 3 1/2" 1st & 2nd floors only.

(4) Shelving to be 3/4" x 11-3/4" White "Melliface" particle board with an ironed-on vinyl band on one edge.

(5) Clothes rod to be provided in each closet, as per schedule.

(6) Laundry room countertops shall have 3/4" x 1-1/2" wood edge band, stained to match the plastic laminate top (as close as possible).

(7) All interior trim around doors & windows to be Poplar wood.

(8) All non-door openings will be trimmed and cased in wood.

(9) Wood-banister railing to be 2 ¾" wide with wood spindles at 4" c/c.

## X. CABINET WORK AND COUNTERTOPS

(1) Cabinets throughout the house shall be by "Diamond" or equal.

(2) All countertop material bid for this residence shall be as follows:

(a) Kitchen and laundry: Wilson Art "Laminate" with wood beveled edge.
(b) Baths-Cultured Marble by American Marble Industries or equal.

## XI. DRYWALL

The entire house area shall have a drywall finish as follows:

(1) Ceilings – 5/8" drywall where trusses or "framing" occurs at 24" center to center.

(2) Walls – 1/2" drywall on all walls, except where studs 24" center to center.

(3) Finishes – all drywall to be taped and spackled with a Smooth Finish on all walls. All ceilings to have a Textured Pattern on 5/8" drywall.



YB JD.
YB JD.
KT
SH

XII. PAINTING

(1) Exterior wood (only) trim painted to include two (2) coats of oil based as follows:

(a) Garage Door Frames, Front Door & Frame, and interior door to the Garage Door Frame. Trim paint color shall match window, color unless otherwise specified.

(2) Interior wall painting as follows:

(a) One prime coat and one finish coat (both of one color), color selected by BUYER, in Flat Style Pro Mar 200 by Sherwin-Williams. Latex Paint will be used on all other walls except the inside of Closets and Garage area which will have a light Flowered Stipple or rolled texture. And will not be painted.

(3) Woodwork in all areas shall have a sanded and painted finish to match color of kitchen cabinets.

XIII. WALLPAPERING

None this project.

XIV. CERAMIC TILE

Ceramic tile used on this project shall be as per the Room Finish Schedule (if any).

XV. GUTTERS, DOWNSPOUTS, AND ALUMINUM SOFFITS

(1) All gutters shall be 5" O.G. (with color to match siding) aluminum with 2"x3" downspouts to grade. White drip edge used at edge of all roof areas. All downspouts are to drain to the street or the swale at the rear of the lot.

(2) All soffits shall be of vented Aluminum (with color to match siding) to Mate with Vent strips at the roof peak.

XVI. PLUMBING

(1) Plumbing Fixtures used in this project to be as manufactured by Kohler or equal. All toilets shall have elongated Bowls. All bathroom sinks shall be 19"x16" (Oval) as manufactured by American Marble Industries (or equal).

(2) Tubs/Showers and tubs to be fiberglass modules by Lasco.

(3) Garbage disposal by I.S.E., National, or equal.

(4) One single tub laundry tray "in counter" type to be provided with hook-up location for washer in Laundry Room.

(5) One (1) floor drain by furnace.

(6) One (1) forty (40) Gallon Gas fired water heater to be installed.



KT

SH

(7) Two (2) exterior hose bibbs provided – one in front, one in the rear of the house, Frost Proof Style.

(8) All plumbing fixtures to have shut off "stops" below each fixture.

(9) A Sump pump is included in this project for the Footer tile.

(10) All Faucets shall be "Moen" or "Delta" single lever design in Chrome Finish.

(11) The color of the plumbing Fixtures in this project shall be white. The price of this Contract **does not** include high fashion or difficult to obtain colors.

(12) Hot and cold water faucets are provided in garage.

(13) Kitchen Sink to be Stainless Steel with garbage disposal.

(14) Insulation and Sound Board shall be placed in certain Ceiling locations and around the Drain Pipes in order to minimize the sound of running water.

(15) Access Doors shall be made for the plumbing if required by plumbing code.

(16) All Bath and Shower controls to be pressure and temperature balanced.

(17) Kitchen – piping is provided for Refrigerator's Ice Maker.

(18) All inside water lines shall be type "L" copper.

(19) Natural Gas Lines provided to the Furnace, and hot water heater.

XVII. HEATING/AIR CONDITIONING

One (1) 100,000 BTU Electronic Pilot Gas fired furnace (high efficiency 97%) will be installed in the basement with four (4) tons of Central Air Conditioning provided.

XVIII. ELECTRICAL WORK

(1) All wiring to be in accordance with The Local County Code.

(2) Main Electrical Service to be 150 AMP.

(3) Recap of outlets that are included:

(a) Phone & Cable outlets – prewiring only, Family Room, Kitchen, Master Bedroom, bedrooms 2 & 3.
(b) Cooktop outlet – 1 (220 volt).
(c) Weatherproof outlets (one in front of house).
(d) Chime location – one button (front Door).
(e) Range hood – above cook top (and vented to outside).
(f) Bath fans – one in each bathroom "Nutone" or equal.
(g) Furnace outlets – 1.
(h) Electric dryer outlet – 1 (220 volt).



Y.D.
Y.D.
KT
EH

(i) Convenience outlets (duplex receptacles as required by The Local County Code).
(j) Two (2) duplex outlets provided in the garage.
(k) Three (3) Smoke Detectors provided, basement, 1st & 2nd floor.
(l) Ceiling fan outlets – In Family Room, all bedrooms and the dinette.

XIX. BUILT-INS AND ALLOWANCES

(1) Built-ins include the following:

| | |
|---|---|
| (a) One (1) GE Range, | Model No. JB646RK(SS) |
| (b) One (1) GE Dishwasher, | Model No. GDT630PYRS |
| (c) One (1) GE Refrigerator | Model No. GFE28GYNFS |
| (d) One (1) GE Microwave | Model No. JVM3160RFSS |

(2) Allowances:

(a) Lighting Fixtures – $2,000.00 allowance including bulbs and all State Sales Taxes.
(b) Floor Covering Allowance to be $7,000.00.
(c) Ceramic Floor Tile Allowance will fall under the floor covering allowance.

XX. DETAILS AND FINISHES OF EACH ROOM

Shall be furnished and installed as follows:

(1) ENTRY EXTERIOR
(a) Porch size to be as per drawings.
(b) Steps, where required, shall be not less than 4'0" wide at the stoop.

(2) FOYER
(a) Front Entry Door – See Drawing RR-1
(b) All doors in this room shall be as listed herein.
(c) A Ceiling Light shall be provided, the cost which shall come out of the Lighting Allowance.

(3) DINING ROOM
(a) A Ceiling Paddle Fan is provided, the cost of which shall come out of the Lighting allowance.

(4) LIVING ROOM
(a) No Chairrail in this room.
(b) Two (2) switched outlets provided.

(5) OFFICE
(a) None on this project.

(6) KITCHEN
(a) There shall be a surface mounted light over the Kitchen Sink.
(b) Kitchen Layout as per Drawings.
(c) Cook top venting provided by kitchen exhaust fan to the outside.



R.D.
KT
eH

(7) <u>DINETTE (EATING AREA)</u>
   (a) A Ceiling Light shall be provided in this area, the cost of which shall come out of the Lighting Allowance.

(8) <u>FAMILY ROOM</u>
   (a) Recessed ceiling light shall be provided in this room.

(9) <u>LAUNDRY ROOM</u>
   (a) 220 Volt Electric Outlet to be provided in this room.
   (b) A light shall be provided in this room the cost of which comes out of the Lighting Allowance.
   (c) Walls which separate the Laundry Room from adjacent rooms are insulated to minimize sound attenuation.

(10) <u>MASTER BEDROOM</u>
   (a) A Paddle Fan outlet furnished; Fan provided from Lighting Allowance.

(11) <u>MASTER BATH</u>
   (a) A single Bowl Vanity shall be provided in this room. The Countertop top to be "Molded Stone" as specified herein.
   (b) A Lasco 60" one-piece tub/shower module provided with Recessed Light over shower.
   (c) A light shall be provided over the vanity sink and the mirror.
   (d) The Plumbing Faucets shall be manufactured by Delta or Moen – chrome finish.

(12) <u>BEDROOMS – 2-3</u>
   (a) These Rooms shall have ceiling outlets controlled by wall switches. The cost of lighting fixtures will come out of the Lighting Allowance.

(13) <u>UPPER HALL/FOYER</u>
   (a) Two (2) recessed lights are provided.

(14) <u>BASEMENT</u>
   (a) Where concrete block walls are exposed, they will not be painted.
   (b) Ceiling not finished (exposed framing will be seen).
   (c) Hand railing to be provided on one side of the stair to the basement.

(15) <u>GARAGE</u>
   (a) 12"x12" Floor Drain is provided, with floor sloping to the drain.
   (b) Garage to be completely dry walled with a "rolled" finish on the walls and ceilings (no painting of the walls or ceiling).

(16) <u>CRAWL SPACE</u>
   None this project.

(17) <u>SPECIAL ITEMS</u>
   (a) First Floor Ceiling height to be 8'0".
   (b) Second Floor Ceiling height to be 8'0".
   (c) Wiring and switch for two (2) external security lights are provided at the front of the house mounted at the bottom of the Soffit.
   (d) Two garage lights are provided. Lights to come from lighting allowance.
   (e) Ceiling & lights switch provided at entry porch.
   (f) All other entrance doors shall have lights and switches per Building Code.



Y.Q.
Y.D.
KT
EH

**ROOM FINISH SCHEDULE**

| ROOM | FLOOR | WALLS | CEILING | REMARKS |
|---|---|---|---|---|
| Foyer | Oak Wood | Painted Drywall | Textured Drywall | |
| Office | NONE THIS PROJECT | | | |
| Living | Carpet | Painted Drywall | Textured Drywall | |
| Dining | Oak Wood | Painted Drywall | Textured Drywall | |
| Kitchen | Oak Wood | Painted Drywall | Textured Drywall | |
| Family Room | Carpet | Painted Drywall | Textured Drywall | |
| Laundry | Vinyl | Painted Drywall | Textured Drywall | |
| Pantry | Vinyl | "Rolled" Drywall | Textured Drywall | |
| Lower Hall | Oak Wood | Painted Drywall | Textured Drywall | |
| 1/2 Bath | Vinyl | Painted Drywall | Textured Drywall | |
| Bedroom Master 2, 3 | Carpet | Painted Drywall | Textured Drywall | |
| Upper Hall | Carpet | Painted Drywall | Textured Drywall | |
| Closet | Carpet | Rolled Finish Drywall | Textured Drywall | |
| All Other Closets | Carpet | Rolled Finish Drywall | Textured Drywall | |
| Garage | Concrete | Rolled Finish Drywall | Textured Drywall | |
| Basement | Concrete | Exp. Block | Exposed Ceiling | No Painting or Drywall |

**PLUMBING FIXTURE LIST**

| LOCATION | SINK | TOP | FAUCET | SHOWER | TOILET |
|---|---|---|---|---|---|
| Kitchen | Stainless Steel 33"x22" | Plastic Lam. | Delta #174 Chrome | | |
| Powder Rm. | Stainless Steel 19"x16" | Molded Stone | Delta or Moen | None | Kohler |
| Laundry Rm. | Mustee #10 Laundry Tray (white) | Plastic Lam. | Delta #100C or Moen | N/A | |
| Upper/Master Bath | Molded Stone | | Chrome Moen or Delta | 60" Module Tub Shower | Kohler |