**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT DONAHUE**<br><br>Plaintiff,<br><br>v.<br><br>**THE STANDARD FIRE INSURANCE CO.**<br><br>Defendant. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case No.: 5:24-cv-01141<br>Hon Bridget Meehan Brennan |

* * * * * *

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between the parties that Plaintiff's Complaint be dismissed with prejudice and without costs to any party.

**Stipulated and approved by:**

/s/ Michael J. O'Shea (w/permission)
MICHAEL J. O'SHEA (0039330)
**LIPSON O'SHEA LEGAL GROUP**
Attorneys for Plaintiff
The Hoyt Block Building, Ste. 110
700 West St. Clair Ave.
Cleveland, OH 44113
michael@lipsonoshea.com

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Defendant
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 - Fax
mchapnick@gregorylaw.com

Dated: April 14, 2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT DONAHUE** | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | Case No.: 5:24-cv-01141 |
| | ] | Hon Bridget Meehan Brennan |
| **THE STANDARD FIRE INSURANCE CO.** | ] | |
| | ] | |
| | ] | |
| Defendant. | ] | |

* * * * * *

**ORDER FOR DISMISSAL**

Upon the filing and reading of the above stipulation signed by counsel and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

**This Order resolves the last pending claim in the above case and closes the case.**

IT IS SO ORDERED.

Dated: ____________________

________________________________
Hon. Bridget Meehan Brennan
U.S. DISTRICT COURT JUDGE